**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Off-Spec Solutions, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Cool Mountain Transport** <br> **FKA  Off-Spec Holdings Group, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **80-0526684** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1428 Madison Ave** <br> **Nampa, ID 83687** <br> Number, Street, City, State & ZIP Code <br><br> **Canyon** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4121__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Off-Spec Solutions, LLC**
_____    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **On trucks in the western United States**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **Wheels Insurance Ltd.; CRM Risk Advisor Arthur J. Gallagher Risk Management Services, Inc.**

Contact name    **Robert Pettit**

Phone    **801-290-3185**

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | |
|---|---|
| ☐ $0 - $50,000 | ☐ $500,000,001 - $1 billion |

Debtor    **Off-Spec Solutions, LLC**                                   Case number (*if known*)
Name

☐ $50,001 - $100,000          ■ $1,000,001 - $10 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $10,000,001 - $50  million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $50,000,001 - $100 million        ☐ More than $50 billion
                              ☐ $100,000,001 - $500 million

Debtor   **Off-Spec Solutions, LLC**
Name

Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 5, 2022**
MM / DD / YYYY

**X** **/s/ Richard Coyle**                                **Richard Coyle**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Chad R. Moody**                    Date  **August 5, 2022**
Signature of attorney for debtor                    MM / DD / YYYY

**Chad R. Moody**
Printed name

**Johnson May**
Firm name

**199 N. Capitol Blvd, Ste 200**
**Boise, ID 83702**
Number, Street, City, State & ZIP Code

Contact phone   **208-384-8588**     Email address   **info@johnsonmaylaw.com**

**9946 ID**
Bar number and State

**OFF-SPEC SOLUTIONS, LLC, dba COOL MOUNTAIN TRANSPORT**

Consent and Resolution Authorizing Filing of Chapter 11 Bankruptcy

The undersigned, representing all of the members of the Management Committee and the Manager of Off-Spec Solutions, LLC (the "Company") pursuant to the Amended and Restated Limited Liability Company Agreement (the "Operating Agreement") for Off-Spec Solutions, LLC, a Delaware Limited Liability Company, as amended, and to the extent required by the Operating Agreement, Transportation Investors, as the Preferred Member hereby consent, adopt and approve the following resolutions by written consent:

WHEREAS, the undersigned having received and reviewed reports furnished to them concerning the financial condition of the Company; and

WHEREAS, it appearing in the business judgment of the undersigned that the Company should be rehabilitated and reorganized under the supervision of the U.S. Bankruptcy Court, it is hereby:

RESOLVED, that the Company file a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the District of Idaho;

BE IT FURTHER RESOLVED, that Richard Coyle, President and Chief Executive Officer, be and hereby is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments, or in the sole discretion of Richard Coyle as appropriate, to cause the initiation and prosecution of a case under the Bankruptcy Code, and bind the Company thereby in the Chapter 11 case as the responsible officer of the Company.

BE IT FURTHER RESOLVED, that said Richard Coyle is authorized to engage the services of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP of Sacramento, California, and Johnson May of Boise, Idaho, and the firms are hereby retained to act on behalf of the Company in connection with such proceeding.

BE IT RESOLVED FURTHER, that all actions previously taken by any Richard Coyle relating to the foregoing resolutions and the transactions contemplated thereby are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

IN WITNESS WHEREOF, the undersigned have executed this consent as of August 3, 2022.

Members of Management Committee:

_____               _____               _____
Brian Hoblit                          Jose Blanco                           Tony Powe
Common Designee                       Preferred Designee                    Preferred Designee


_____
Richard Coyle, President and Chief Executive Officer/Manager


[continued on next page]

TRANSPORTATION INVESTORS, LLC,
a Delaware limited liability company
(as Preferred Member and Majority in Interest
of the Members of Off-Spec Solutions, LLC)

By: _____
Jose Blanco, Manager

**Fill in this information to identify the case:**

Debtor name **Off-Spec Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August  5, 2022**          X */s/ Richard Coyle*
                                          Signature of individual signing on behalf of debtor

                                          **Richard Coyle**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Off-Spec Solutions, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aetna 151 Farmington Ave Hartford, CT 06156** | **(800) 872-3862** | **Services/Trade Debt** | | | | **$33,870.95** |
| **CDLLife, LLC 1220 Washington St. Suite 200 Kansas City, MO 64105** | **info@cdllife.com** | **Services/Trade Debt** | | | | **$12,900.00** |
| **Co-Energy 311 N Curtis PO Box 7645 Boise, ID 83707** | **(208) 375-7767** | **Services/Trade Debt** | | | | **$12,526.26** |
| **Colvita Creative, LLC 2117 N. 29th Street Boise, ID 83703** | **hello@colvitacreati ve.com (916) 396-5966** | **Services/Trade Debt** | | | | **$7,700.00** |
| **FleetNet America P. O. Box 970 Cherryville, NC 28021** | **vendorrelattions@f leetnetamerica.com (800) 438-8961** | **Services/Trade Debt** | | | | **$25,432.71** |
| **GoToro, Inc. 280 Highway 35 South Suite 302 Red Bank, NJ 07701** | **(732) 662-9777** | **Services/Trade Debt** | | | | **$10,500.00** |
| **Love's Tire Care P O Box 842568 Kansas City, MO 64184** | **(800) 655-6837** | **Services/Trade Debt** | | | | **$50,656.19** |
| **National Interstate Ins. Co. 3250 Interstate Drive Richfield, OH 44286** | **legal@natl.com (330) 659-8900** | **Services/Trade Debt** | | | | **$378,440.05** |
| **Oregon Department of Transpoortation 3930 Fairview Industl Dr SE Salem, OR 97302** | **(888) 275-6368** | **Taxes** | | | | **$24,125.46** |

Debtor   **Off-Spec Solutions, LLC**

_____

Case number *(if known)*   _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Paul's Truck Wash 500 A Truck Inn Way Fernley, NV 89408** | **(775) 835-6788** | **Services/Trade Debt** | | | | **$18,245.00** |
| **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** | **(610) 775-6000** | **Lease** | | | | **$107,582.65** |
| **Peterbilt Boise 6633 Federal Way Boise, ID 83716** | **(940) 591-4000** | **Services/Trade Debt** | | | | **$13,063.38** |
| **Peterbilt Caldwell 1505 Industrial Way Caldwell, ID 83605** | | **Services/Trade Debt** | | | | **$6,206.75** |
| **Premier Truck Group of Amarillo PO Box 30130 Amarillo, TX 79120** | **(972) 225-4300** | **Services/Trade Debt** | | | | **$10,000.00** |
| **Risk Management Services Arthur J. Gallagher 2850 Golf Road Rolling Meadows, IL 60008** | **Robert Pettit** **(801) 290-3185** | **Services/Trade Debt** | | | | **$19,095.68** |
| **Rocky Mountain Companies 350 N 9th Street, Suite 200 Boise, ID 83702** | **(208) 345-7030** | **Services/Trade Debt** | | | | **$9,845.34** |
| **Ryder Corporation 11690 NW 105th Street Miami, FL 33178** | **(305) 500-3726** | **Leases** | | | | **$90,777.54** |
| **Verizon Wireless 140 W Street New York, NY 10007** | **(212) 395-1000** | **Lease** | | | | **$6,846.27** |
| **Wells Fargo Bank 420 Montgomery Street San Francisco, CA 94104** | **(866) 878-5865** | **Lease** | | | | **$417,550.00** |
| **Xtra Lease LLC 7911 Forsyth Blvd Saint Louis, MO 63105** | **(800) 325-1453** | **Lease** | | | | **$12,526.22** |

**Fill in this information to identify the case:**

Debtor name **Off-Spec Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................ $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $    **7,601,130.72**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................... $    **7,601,130.72**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **4,268,576.65**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    **121,121.38**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **5,291,252.35**

4.  Total liabilities ..................................................................................
    Lines 2 + 3a + 3b                 $    **9,680,950.38**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Off-Spec Solutions, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **WEX Bank** | **Deposit** | **0210** | **$400,000.00** |
| 3.2. | **Fifth Third Bank N.A.** | **Checking** | **0472** | **$0.00** |
| 3.3. | **Wells Fargo N.A.** | **Checking** | **7485** | **$17,734.07** |
| 3.4. | **Fifth Third Bank N.A.** | **Payroll Checking** | **0480** | **$0.00** |
| 3.5. | **Fifth Third Bank, N.A.** | **Checking** | **0464** | **$144,263.72** |
| 3.6. | **Fifth Third Bank N.A. - CDA Account** | **Deposit** | **7374** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

Debtor **Off-Spec Solutions, LLC**                    Case number *(If known)* _____
_____
Name

| 5. | Total of Part 1. | | $561,997.79 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **City of Nampa (Trash Services Refundable Deposit)** | $300.00 |
|---|---|---|
| 7.2. | **Wheels Insurance Ltd.** | $1,135,975.00 |
| 7.3. | **Bank letter of credit** | $578,326.00 |
| 7.4. | **Ryder Equipment Lease Deposits** | $121,160.00 |
| 7.5. | **Utility Deposit** **DP NOTE:  COMPANY NAME?** | $790.00 |
| 7.6. | **Security Deposit on lease:** **I84 Industrial Park LLC** | $10,000.00 |
| 7.7. | **Security Deposit on lease:** **609 Midland Blvd.** | $3,200.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 9. | Total of Part 2. | | $1,849,751.00 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 1,189,797.72 | - | 0.00 | = .... | $1,189,797.72 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   **Off-Spec Solutions, LLC**                                    Case number *(If known)* _____
Name

| 11b. Over 90 days old: | 19,120.21 | - | 0.00 | =.... | $19,120.21 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

12.    **Total of Part 3.**                                                                  | $1,208,917.93 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture**<br>**Purchase Date: 8/22/2018** | $1,235.00 | Book Value | $1,235.00 |
| | **Magellan Desks and Hutches (2)**<br>**Purchase Date: 3/31/2020** | $1,235.00 | Book Value | $1,062.00 |
| 40. | **Office fixtures**<br>**Building Signs**<br>**Purchase Date: 12/1/2015** | $1,576.00 | Book Value | $1,576.00 |
| | **Lytle Signs**<br>**Purchase Date: 12/31/2018** | $0.00 | Book Value | $0.00 |
| | **Driver Lounge Expenses**<br>**Purchase Date: 1/31/2019** | $1,203.00 | Book Value | $1,203.00 |

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page  3

Debtor   **Off-Spec Solutions, LLC**                                    Case number *(If known)* _____
_____
Name

| **Facility Office & Shop**<br>Purchase Date: 5/1/2019 | $5,851.00 | Book Value | $5,851.00 |
|---|---|---|---|
| **Yard Security**<br>Purchase Date: 3/31/2020 | $848.00 | Book Value | $848.00 |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

| **Apple Computers (2)**<br>Purchase Date: 7/29/2014 | $0.00 | Book Value | $0.00 |
|---|---|---|---|
| **iMac**<br>Purchase Date: 8/22/2014 | $0.00 | Book Value | $0.00 |
| **Laptop**<br>Purchase Date: 11/4/2014 | $0.00 | Book Value | $0.00 |
| **Router for Internet**<br>Purchase Date: 11/12/2014 | $0.00 | Book Value | $0.00 |
| **Phone System**<br>Purchase Date: 12/17/2015 | $1,214.00 | Book Value | $1,214.00 |
| **Computer Equipment**<br>Purchase Date: 6/30/2016 | $0.00 | Book Value | $0.00 |
| **Apple Computers #1**<br>Purchase Date: 11/7/2018 | $2,820.00 | Book Value | $2,820.00 |
| **Apple Computers #2**<br>Purchase Date: 12/20/2018 | $1,851.00 | Book Value | $1,851.00 |
| **Domain Server**<br>Purchase Date: 8/1/2019 | $5,892.00 | Book Value | $5,892.00 |
| **Laptops**<br>Purchase Date: 3/31/2020 | $1,031.00 | Book Value | $1,031.00 |
| **Office Equipment Leased from US Bank:**<br><br>**2 - Cannon IR4000IF Coper - Serial #QLA33163BW**<br>**1 - HP M521DN Copier - Serial #CNB7K2RCF0BW**<br>**1 - Canon MF35CDW Copier - Serial #WTL22382COLOR**<br>**2 - Canon DRM 16OII Business Scanning Equipment Serial #GXY08987 & GXY08988**<br>**2 - Canon DRM 16OII Business Scanning Equipment Serial #GX328797 & GX333031 & GS328794** | **Unknown** | | $0.00 |

Debtor    **Off-Spec Solutions, LLC**                                    Case number *(If known)* _____
         Name

**LEASED FROM US BANK**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                              | $24,583.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2008 Kia Spectra**<br>**Serial # KNAFE161685020153**<br>**Purchased:  06/14/2016** | $0.00 | Book value | $0.00 |
| 47.2.  **2007 - Chevey Silverado Service Truck**<br>**Serial #:  1GBHC24U57E114953** | $0.00 | Book Value | $0.00 |
| 47.3.  **2007 - Chevy C4500 Service Truck**<br>**Serial #:  1GBE4C193F418220**<br>**Purchase Date:  03/11/2015** | $0.00 | Book Value | $0.00 |
| 47.4.  **2014 - International Day Cab**<br>**Serial No.:  3HSDJAPR1EN77861** | $0.00 | Book Value | $0.00 |

Debtor   **Off-Spec Solutions, LLC**                          Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.5. | **20 - 2019 Peterbilt Model 579 Truck**<br>**Original In Service Dates: 11/12/2018 -**<br>**12/4/2018**<br>**Serial No's:  1XPBDP9X2KD629713,**<br>**1XPBDP9X2KD629713,**<br>**1XPBDP9X6KD629714,**<br>**1XPBDP9X6KD629715,**<br>**1XPBDP9X8KD629716,**<br>**1XPBDP9XXKD629717,**<br>**1XPBDP9X1KD629718,**<br>**1XPBDP9X3KD629719,**<br>**1XPBDP9XXKD629720,**<br>**1XPBDP9X1KD629721,**<br>**1XPBDP9X3KD629722,**<br>**1XPBDP9X5KD629723,**<br>**1XPBDP9X7KD629724,**<br>**1XPBDP9X9KD629725,**<br>**1XPBDP9X0KD629726,**<br>**1XPBDP9X2KD629727,**<br>**1XPBDP9X4KD629728,**<br>**1XPBDP9X6KD629729,**<br>**1XPBDP9X2KD629730,**<br>**1XPBDP9X4KD629731,**<br>**1XPBDP9X6KD629732** | | | | |
| | **1 - 2019 Kenworth**<br>**Original in service date:  01/25/2019**<br>**Serial No:  1XKDP4EX4KJ359508** | **$1,151,760.00** | Book Value | **$1,151,760.00** |
| 47.6. | **2020 Peterbilt Model 579 Truck**<br>**In Service/Purchase date: 12/10/2019**<br>**Serial No:  1XPBDP9X3LD630161**<br>**1XPBDP9X5LD630162**<br>**1XPBDP9X5LD630163**<br>**1XPBDP9X5LD630164** | **$303,776.00** | Book Value | **$303,776.00** |
| 47.7. | **4 - 2020 Peterbilt Model 579 Truck**<br>**Serial No:  1XPBDP9X0LD630151**<br>**1XPBDP9X1LD630157**<br>**1XPBDP9X1LD630160**<br>**1XPBDP9X1LD630156**<br>**Purchase Date:  12/10/2019** | **$303,776.00** | Book Value | **$303,776.00** |
| 47.8. | **2020 Peterbilt Model 579 Truck**<br>**Serial No:  1XPBDP9X1LD630156**<br>**Purchase Date:  12/10/2019** | **$75,944.00** | Book Value | **$75,944.00** |

Debtor  **Off-Spec Solutions, LLC**                                    Case number *(if known)* _____
_____
Name

47.9.  **4 - 2021 Freightliner PT126 SLP**
**In Service/Purchase Date: 10/01/2020**
**Serial No's:  3AKJHHDR3MSMR8863**
              **3AKJHHDR5MSMR8864**
              **3AKJHHDR7MSMR8865**
              **3AKJHHDR9MSMR8866**

**3 - 2022 Freightliner New Cascadia:**
**In Service/Purchase Date: 11/08/2021**
**Serial No:  3AKJHHDR2NSND5866**

**In Service/Purchase Date:  2/17/2022**
**Serial No:  3AKJHHDR4NSND5867**

**In Service/Purchase date:  2/17/2022**
**Serial No:  3AKJHHDR6NSND5868**        **$731,380.00**    Book Value        $731,380.00

---

47.10.  **2022 Freightliner New Cascadia**
**Serial No:  3AK4HHDR9NSNB8370**
**Purchase Date:  6/3/2021**        **$118,165.00**    Book Value        $118,165.00

---

47.11.  **2022 Freightliner New Cascadia**
**Serial No:  3AK4HHDR9NSNB8371**
**Purchase Date:  6/3/2021**        **$118,165.00**    Book Value        $118,165.00

---

47.12.  **2022 Freightliner New Cascadia**
**Serial No:  3AKJHHDR2NSNB8369**
**Purchase Date:  5/19/2021**        **$115,011.00**    Book Value        $115,011.00

---

47.13.  **2022 Freightliner New Cascadia**
**Serial No:  3AKJHHDR9NSNB8367**
**Purchase Date:  5/19/2021**        **$115,011.00**    Book Value        $115,011.00

---

47.14.  **2022 Freightliner New Cascadia**
**Serial No:  3AKJHHDR0NSNB8368**
**Purchase Date:  5/19/2021**        **$115,011.00**    Book Value        $115,011.00

---

47.15.  **2 - 2022 Freightliner New Cascadia**
**Serial No:  3AKJHHDR2NSNB8372**
              **3AKJHHDR8NSNB8375**
**Purchase Date:  6/8/2021**        **$235,022.00**    Book Value        $235,022.00

---

47.16.  **2022 Freightliner New Cascadia**
**Serial No:  3AKJHHDRXNSNB8376**
**Purchase Date:  7/21/2021**        **$20,011.00**    Book Value        $20,011.00

---

Debtor   **Off-Spec Solutions, LLC**                          Case number *(if known)* _____
         Name

| 47.17 | **2016 Utility Reefer** **In Service Date/Purchase Date: 10/30/2020** **Serial No:  1UYVS2532GU690806, 1UYVS2534GU690807, 1UYVS2536GU690808, 1UYVS2536GU690809, 1UYVS2534GU690810, 1UYVS2536GU690811, 1UYVS2532GU822236, 1UYVS2534GU822237, 1UYVS2536GU822238, 1UYVS2538GU822239, 1UYVS2534GU822240** | $203,709.00 | Book Value | $203,709.00 |
| 47.18 | **2012 Utility Reefer** **Serial No: 1UYVS2533CU385907** **OWNED** | $10,793.00 | Book Value | $10,793.00 |
| 47.19 | **2012 Utility Reefer** **Serial No: 1UYVS2544CU385916** **OWNED** | $10,793.00 | Book Value | $10,793.00 |
| 47.20 | **2012 Utility Reefer** **Serial No: 1UYVS2536C4385920** **OWNED** | $10,792.00 | Book Value | $10,792.00 |
| 47.21 | **4 - 2016 Utility Reefer** **In Service/Purchase date:  10/11/2020** **Serial No: 1UYVS2534GU487321** **1UYVS2536GU487322** **1UYVS253XGU487324** **1UYVS2531GU487325** | $72,268.00 | Book Value | $72,268.00 |
| 47.22 | **2018 Great Dane Dry Van** **Serial No: 1GRAA9025JB127491** **Purchase Date 11/1/2017** **LEASED - WELLS FARGO** | $2,368.00 | Book Value | $2,368.00 |
| 47.23 | **2018 Great Dane Dry Van** **Serial No: 1GRAA9027JB127492** **Purchase Date 11/1/2017** **LEASED WELLS FARGO** | $2,368.00 | Book Value | $2,368.00 |
| 47.24 | **2018 Great Dane Dry Van** **Serial No: 1GRAA9029JB127493** **Purchase Date 11/1/2017** **OWNED - TOTALLED JULY 2020 -- SHOP SAYS REPAIRABLE** | $0.00 | | Unknown |
| 47.25 | **2018 Great Dane Dry Van** **Serial No: 1GRAA9020JB127494** **Purchase Date 11/1/2017** **LEASED - WELLS FARGO** | $0.00 | LEASED | $0.00 |

| Debtor | **Off-Spec Solutions, LLC** | Case number *(If known)* | |
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.26 · | **2018 Great Dane Dry Van**<br>**Serial No: 1GRAA9022JB127495**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.27 · | **2018 Great Dane Dry Van**<br>**Serial No: 1GRAA9024JB127496**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.28 · | **2018 Great Dane Dry Van**<br>**Serial No: 1GRAA9026JB127497**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.29 · | **2018 Great Dane Dry Van**<br>**Serial No: 1GRAA9028JB127498**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.30 · | **2018 Great Dane Dry Van**<br>**Serial No: 1GRAA902XJB127499**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.31 · | **2018 Great Dane Dry Van**<br>**Serial No: 1GRAA9022JB127500**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.32 · | **2018 Silver Eagle Dolly**<br>**Serial No: 1U3JX1015JBJ20422**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.33 · | **2018 Silver Eagle Dolly**<br>**Serial No: 1U3JX1015JBJ20423**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.34 · | **2018 Silver Eagle Dolly**<br>**Serial No: 1U3JX1015JBJ20424**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.35 · | **2018 Silver Eagle Dolly**<br>**Serial No: 1U3JX1015JBJ20425**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |

Debtor    **Off-Spec Solutions, LLC**_____      Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.36 · | **2018 Silver Eagle Dolly**<br>**Serial No: 1U3JX1015JBJ20426**<br>**Purchase Date 11/1/2017**<br>**LEASED - WELLS FARGO** | **$0.00** | **LEASED** | **$0.00** |
| 47.37 · | **2017 Utility Reefer**<br>**Serial No: 1UYVS253XHU848701**<br>**Purchase Date 5/23/2016**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.38 · | **2017 Utility Reefer**<br>**Serial No: 1UYVS2531HU848702**<br>**Purchase Date 5/24/2016**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.39 · | **2017 Utility Reefer**<br>**Serial No: 1UYVS2533HU848703**<br>**Purchase Date 6/17/2016**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.40 · | **2017 Utility Reefer**<br>**Serial No: 1UYVS2535HU848704**<br>**Purchase Date 6/30/2016**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.41 · | **2017 Utility Reefer**<br>**Serial No: 1UYVS2537HU848705**<br>**Purchase Date 6/3/2016**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.42 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2532J6247244**<br>**Purchase Date 10/9/2017**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.43 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2535J2246614**<br>**Purchase Date 11/30/2017**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.44 · | **2018 Utility Reefer**<br>** Serial No: 1UYVS2534J2246703**<br>**Purchase Date 8/18/2017**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.45 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2534J2246720**<br>**Purchase Date 9/18/2017**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |

Debtor   **Off-Spec Solutions, LLC**                                    Case number *(If known)*  _____
         Name

| 47.46 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2538J2246722**<br>**Purchase Date 10/30/2017**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.47 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS253XJ2246723**<br>**Purchase Date 9/29/2017**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.48 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2531J2246724**<br>**Purchase Date 8/30/2017**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.49 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2533J2246725**<br>**Purchase Date 8/30/2017**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.50 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2535J2246726**<br>**Purchase Date 9/8/2017**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.51 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2537J2246727**<br>**Purchase Date 9/1/2017**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.52 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2530J2246729**<br>**Purchase Date**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.53 · | **2018 Utility Reefer**<br>**Serial No: 1UYVS2537J2246730**<br>**Purchase Date 11/29/2017**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.54 · | **2019 Utility Reefer**<br>**Serial No: 1UYVS2533K2585826**<br>**Purchase Date 5/30/2018**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |
| 47.55 · | **2019 Utility Reefer**<br>**Serial No: 1UYVS2535K2585827**<br>**Purchase Date 5/23/2018**<br>**LEASED** | $0.00 | **LEASED** | $0.00 |

Debtor    **Off-Spec Solutions, LLC**                                    Case number *(If known)* _____
          Name

47.56  **2019 Utility Reefer**
·      **Serial No: 1UYVS2537K2585828**
       **Purchase Date 5/23/2018**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.57  **2019 Utility Reefer**
·      **Serial No: 1UYVS2539K2585829**
       **Purchase Date 5/25/2018**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.58  **2020 Utility Reefer**
·      **Serial No: 1UYVS253XL2936202**
       **Purchase Date 4/1/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.59  **2020 Utility Reefer**
·      **Serial No: 1UYVS2531L2936203**
       **Purchase Date 4/1/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.60  **2020 Utility Reefer**
·      **Serial No: 1UYVS2533L2936204**
       **Purchase Date 4/1/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.61  **2020 Utility Reefer**
·      **Serial No: 1UYVS2535L2936205**
       **Purchase Date 3/28/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.62  **2020 Utility Reefer**
·      **Serial No: 1UYVS2537L2936206**
       **Purchase Date 4/1/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.63  **2020 Utility Reefer**
·      **Serial No: 1UYVS2539L2936207**
       **Purchase Date 4/8/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.64  **2020 Utility Reefer**
·      **Serial No: 1UYVS2530L2936208**
       **Purchase Date 4/22/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

47.65  **2020 Utility Reefer**
·      **Serial No: 1UYVS2539L2936210**
       **Purchase Date 4/22/2019**
       **LEASED**                                  $0.00    **LEASED**                     $0.00

| Debtor | **Off-Spec Solutions, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 47.66 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2530L2936211**<br>**Purchase Date 4/8/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.67 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2532L2936212**<br>**Purchase Date 4/8/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.68 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2534L2936213**<br>**Purchase Date 3/29/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.69 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2536L2936214**<br>**Purchase Date 4/8/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.70 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2538L2936215**<br>**Purchase Date 4/15/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.71 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS253XL2936216**<br>**Purchase Date 4/29/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.72 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2531L2936217**<br>**Purchase Date 4/22/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.73 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2533L2936218**<br>**Purchase Date 4/22/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.74 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2535L2936219**<br>**Purchase Date 4/29/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |
| 47.75 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2531L2936220**<br>**Purchase Date 4/15/2019**<br>**LEASED** | **$0.00** | **LEASED** | **$0.00** |

Debtor    **Off-Spec Solutions, LLC**    Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 47.76 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2533L2936221**<br>**Purchase Date 4/29/2019**<br>**LEASED** | | $0.00 | LEASED | $0.00 |
| 47.77 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2535L2936222**<br>**Purchase Date 4/15/2019**<br>**LEASED** | | $0.00 | LEASED | $0.00 |
| 47.78 · | **2020 Utility Reefer**<br>**Serial No: 1UYVS2537L2936223**<br>**Purchase Date 4/15/2019**<br>**LEASED** | | $0.00 | LEASED | $0.00 |
| 47.79 · | **2020 Utility**<br>**Serial No: 1UYVS2539L2936224**<br>**Purchase Date 4/15/2019** | | Unknown | | Unknown |
| 47.80 · | **2013 Aulick Belt**<br>**Serial No: 1V95V5147DB150240**<br>**Purchase Date** | | Unknown | | Unknown |
| 47.81 · | **2013 Aulick Belt**<br>**Serial No: 1V9SC5142DB150260**<br>**Purchase Date** | | Unknown | | Unknown |
| 47.82 · | **2014 Trinity Belt**<br>**Serial No: 1T9SC5349EB656148**<br>**Purchase Date** | | Unknown | | Unknown |
| 47.83 · | **2015 Dragon Roll Off**<br>**Serial No: 591SH3437CC141199**<br>**Purchase Date** | | Unknown | | Unknown |
| 47.84 · | **2016 Marathon RJ225 Compactor**<br>**Serial No: 51514391**<br>**Purchase Date** | | Unknown | | Unknown |
| 47.85 · | **2004 Great Dane Dry Van**<br>**Serial No: 1GRAA06274J602488**<br>**Purchase Date** | | $1,184.00 | Book Value | $1,184.00 |
| 47.86 · | **2004 Great Dane Dry Van**<br>**Serial No: 1GRAA06204G329424**<br>**Purchase Date** | | $1,184.00 | Book Value | $1,184.00 |
| 47.87 · | **2004 Strick Dry Van**<br>**Serial No: 1S12E95344E498093**<br>**Purchase Date** | | $1,184.00 | Book Value | $1,184.00 |

Debtor  **Off-Spec Solutions, LLC**                                      Case number *(If known)* _____
_____
Name

| 47.88 · | **2004 Strick Dry Van**<br>**Serial No: 1S12E95334E498229**<br>**Purchase Date** | | | |
|---|---|---|---|---|
| | | $1,184.00 | Book Value | $1,184.00 |

| 47.89 · | **2015 Hyundai 53' reefer**<br>**Serial No: 3H3V532C7FT649003**<br>**Purchase Date 12/21/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.90 · | **2020 Great Dane 45' bread**<br>**Serial No: 1GR1A902XLB209462**<br>**Purchase Date 5/30/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.91 · | **2020 Great Dane 45' bread**<br>**Serial No: 1GR1A9021LB209463**<br>**Purchase Date 5/30/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.92 · | **2016 Utility Dry Van**<br>**Serial No: 1UYVS2538GG476840**<br>**Purchase Date 1/30/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.93 · | **2020 Hyundai Dry Van**<br>**Serial No: 3H3V532C0LT489073**<br>**Purchase Date 1/30/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.94 · | **2021 Hyundai 53' reefer**<br>**Serial No: 3H3V532C3MT694002**<br>**Purchase Date 12/22/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.95 · | **2021 Hyundai 53' reefer**<br>**Serial No: 3H3V532C5MT694003**<br>**Purchase Date 12/22/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.96 · | **2020 Utility 53' reefer**<br>**Serial No: 1UYVS2532L2900617**<br>**Purchase Date 12/22/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.97 · | **2020 Utility 53' reefer**<br>**Serial No: 1UYVS2536L2900619**<br>**Purchase Date 12/22/2020**<br>**LEASED BY Penske** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

| 47.98 · | **2022 Hyundai Dry Van**<br>**Serial No: 3H3V532K1NS031431**<br>**Purchase Date 7/20/2021**<br>**LEASED BY McKinney** | | | |
|---|---|---|---|---|
| | | $0.00 | LEASED | $0.00 |

Debtor    **Off-Spec Solutions, LLC**                              Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 47.99. | **2022 Hyundai Dry Van**<br>**Serial No: 3H3V532K3NS031432**<br>**Purchase Date 8/20/2021**<br>**LEASED BY McKinney** | **$0.00** | **LEASED** | **$0.00** |
| 47.100. | **2022 Hyundai Dry Van**<br>**Serial No: 3H3V532K5NS031433**<br>**Purchase Date 8/20/2021**<br>**LEASED BY McKinney** | **$0.00** | **LEASED** | **$0.00** |
| 47.101. | **2022 Hyundai Dry Van**<br>**Serial No: 3H3V532K7NS031434**<br>**Purchase Date 7/12/2021**<br>**LEASED BY McKinney** | **$0.00** | **LEASED** | **$0.00** |
| 47.102. | **2022 Hyundai Dry Van**<br>**Serial No: 3H3V532K9NS031435**<br>**Purchase Date 7/15/2021**<br>**LEASED BY McKinney** | **$0.00** | **LEASED** | **$0.00** |
| 47.103. | **2022 Hyundai Dry Van**<br>**Serial No: 3H3V532K0NS031436**<br>**Purchase Date 7/29/2021**<br>**LEASED BY McKinney** | **$0.00** | **LEASED** | **$0.00** |
| 47.104. | **2021 Freightliner PT126 SLP**<br>**Serial No's:  3AKJHHDR9MSMR8866**<br>**Purchase Date:  10/1/2020** | **Unknown** | | **Unknown** |
| 47.105. | **2021 Freightliner PT126 SLP**<br>**Serial No's:  3AKJHHDR5MSMR8864**<br>**Purchase Date:  10/1/2020** | **Unknown** | | **Unknown** |
| 47.106. | **2 - 2022 Freightliner New Cascadia**<br>**In Service/Purchase date:**<br>**Serial No  3AKJHHDR4NSNB8373**<br>**          3AKJHHDR6NSNB8374** | **$235,022.00** | **Book Value** | **$235,022.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**
       **Signs    Purchase Date: 2/23/2016**                    **$3,859.00**    **Book Value**    **$0.00**

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.                          | **$3,955,881.00** |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

| Debtor | **Off-Spec Solutions, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. **2021 Freightliner PT126 SLP Serial No's: 3AKJHHDR7MSMR8865 Purchase Date: 10/1/2020** | | **Unknown** | | **Unknown** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  **$0.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets Trademark:  Offspec Solutions Serial #87571196 Filing date:  August 16, 2017 Registration No:  Pending Registration Date:  Pending** | **Unknown** | **Book Value** | **Unknown** |

Debtor    **Off-Spec Solutions, LLC**                                   Case number *(If known)* _____
_____
Name

**Trade Mark:  Swap**
**Serial No.:  87862131**
**Filing date:  April 4, 2018**
**Registration No.:  Application Pending**
**Registration No:  Application Pending**                    Unknown    Book Value                    Unknown

**Trademark:  Swap**
**Serial No.:  87868986**
**Filing date:  April 9, 2018**
**Registration No.:  Application Pending**
**Registration Date:  Application Pending**                  Unknown    Book Value                    Unknown

**Trademark:  Swap Logistics**
**Serial No.:  87862134**
**Filing Date:  April 4, 2018**
**Registration No.:  Application Pending**
**Registration Date:  Application Pending**                  Unknown    Book Value                    Unknown

**Trademark:  Swap Logistics**
**Serial No.:  87868992**
**Filing Date:  April 9, 2018**
**Registration No.:  Application Pending**
**Registration date:  Application Pending**                  Unknown    Book Value                    Unknown

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**
       **Licensed Intellectul Property - PeopleNet -**
       **Electronic Driver Log Software**                    Unknown    Book Value                    Unknown

       **Licensed Intellectual Property - KeepTruckin -**
       **Electronic Driver Log Software**                    Unknown    Book Value                    Unknown

       **Licensed Intellectual Property - TMW -**
       **Dispatch management software**

       **Note - is this still used??**                       Unknown    Book Value                    Unknown

65.    **Goodwill**

66.    **Total of Part 10.**                                                              | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No

Debtor    **Off-Spec Solutions, LLC**_____    Case number *(If known)* _____
Name

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Off-Spec Solutions, LLC**_____      Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $561,997.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,849,751.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,208,917.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $24,583.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,955,881.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,601,130.72 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,601,130.72 |

**Fill in this information to identify the case:**

Debtor name **Off-Spec Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 **Alliance Funding Group** | | |
|---|---|---|

Creditor's Name

**17542 17th Street
Suite 200
Tustin, CA 92780**

Creditor's mailing address

**khart@afg.com**

Creditor's email address, if known

Date debt was incurred
**7/15/22**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2 - 2022 Freightliner New Cascadia
Serial No:  3AKJHHDR2NSNB8372
              3AKJHHDR8NSNB8375
Purchase Date:  6/8/2021**

Describe the lien
**Secure Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$6,569.88**    Value of collateral: **$235,022.00**

| 2.2 **BMO Harris Bank NA** | | |
|---|---|---|

Creditor's Name

**111 W Monroe Street
Chicago, IL 60603**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**06/10/2021**

Describe debtor's property that is subject to a lien
**4 - 2020 Peterbilt Model 579 Truck
Serial No:  1XPBDP9X0LD630151
              1XPBDP9X1LD630157
              1XPBDP9X1LD630160
              1XPBDP9X1LD630156
Purchase Date:  12/10/2019**

Describe the lien
**Secure Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$376,156.00**    Value of collateral: **$303,776.00**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 7

Debtor **Off-Spec Solutions, LLC**
Name

Case number (if known)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** | **Crestmark Finance**
Creditor's Name

**5480 Corporate Drive**
**Suite 350**
**Troy, MI 48098**
Creditor's mailing address

**khart@afg.com**
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**2022 Freightliner New Cascadia**
**Serial No:   3AKJHHDRXNSNB8376**
**Purchase Date:  7/21/2021**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$128,202.00    $20,011.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4** | **Daimler Truck North America**
Creditor's Name

**4555 N Channel Ave**
**Portland, OR 97217**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/20/20**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**4 - 2021 Freightliner PT126 SLP**
**In Service/Purchase Date:  10/01/2020**
**Serial No's:   3AKJHHDR3MSMR8863**
**            3AKJHHDR5MSMR8864**
**            3AKJHHDR7MSMR8865**
**            3AKJHHDR9MSMR8866**

**3 - 2022**

Describe the lien
**Auto Lender Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$568,590.20    $731,380.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor  **Off-Spec Solutions, LLC**
_____    Case number (if known) _____
Name

| 2.5 | **Electronic Funds Source LLC** | | | $25,446.68 | $400,000.00 |

Creditor's Name

**1 Hancock Street**
**Portland, ME 04101**

Creditor's mailing address

**ryan.knowles@efsllc.com**

Creditor's email address, if known

**Date debt was incurred**
**7/24/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Electronic Funds Source LLC**
**2. Electronic Funds Source LLC**

Describe debtor's property that is subject to a lien
**WEX Bank - Deposit - Acct# 0210**

Describe the lien
**Cash Depsosit**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Electronic Funds Source LLC** | | | $123,893.59 | $400,000.00 |

Creditor's Name

**1 Hancock Street**
**Portland, ME 04101**

Creditor's mailing address

**ryan.knowles@efsllc.com**

Creditor's email address, if known

**Date debt was incurred**
**7/17/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.5**

Describe debtor's property that is subject to a lien
**WEX Bank - Deposit - Acct# 0210**

Describe the lien
**Cash Deposit**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Fifth Third Bank, NA** | | | $1,514,533.00 | $1,151,760.00 |

Creditor's Name

**38 Fountain Square Plaza**
**1Mobbe**
**Leeds, ME 04263**

Describe debtor's property that is subject to a lien
**20 - 2019 Peterbilt Model 579 Truck**
**Original In Service Dates:  11/12/2018 -**
**12/4/2018**
**Serial No's:   1XPBDP9X2KD629713,**
**1XPBDP9X2KD629713,**
**1XPBDP9X6KD629714,**
**1XPBDP9X6KD629715,**
**1XPBDP9X8KD629716,**
**1XPBDP9XXKD629717, 1XPBDP9X1KD62971**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 7

Debtor **Off-Spec Solutions, LLC**                                   Case number (if known) _____
_____
Name

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Secure Loan** |
| | **Is the creditor an insider or related party?** |
| **jeffrey.much@53.com** | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.8 | **Fifth Third Bank, NA** | **Describe debtor's property that is subject to a lien** | $82,346.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**38 Fountain Square Plaza 1Mobbe
Leeds, ME 04263**

| Creditor's mailing address | **All Machine and Equipment** |
|---|---|
| | **Describe the lien** |
| | **Machinery & Equipment Loan** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.9 | **Fifth Third Bank, NA** | **Describe debtor's property that is subject to a lien** | $463,225.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**38 Fountain Square Plaza 1Mobbe
Leeds, ME 04263**

| Creditor's mailing address | **Revolving Line of Credit** |
|---|---|
| | **Describe the lien** |
| | **Revolving Line of Credit** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

Debtor **Off-Spec Solutions, LLC**
_____
Name    Case number (*if known*) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 0 | **Key Equipment Finance** | **Describe debtor's property that is subject to a lien** | $37,503.00 | $203,709.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Utility Reefer**
**In Service Date/Purchase Date: 10/30/2020**
**Serial No: 1UYVS2532GU690806,**
**1UYVS2534GU690807, 1UYVS2536GU690808,**
**1UYVS2536GU690809, 1UYVS2534GU690810,**
**1UYVS2536GU690811, 1UYVS2532GU822236,**
**1UYVS2534GU822237, 1UYVS2536GU**

**1000 McCaslin Blvd**
**Superior, CO 80027**

Creditor's mailing address

**Describe the lien**
**Secure Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/30/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Key Equipment Finance** | **Describe debtor's property that is subject to a lien** | $8,860.30 | $72,268.00 |
|---|---|---|---|---|

Creditor's Name

**4 - 2016 Utility Reefer**
**In Service/Purchase date: 10/11/2020**
**Serial No: 1UYVS2534GU487321**
**         1UYVS2536GU487322**
**         1UYVS253XGU487324**
**         1UYVS2531GU487325**

**1000 McCaslin Blvd**
**Superior, CO 80027**

Creditor's mailing address

**Describe the lien**
**Secure Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/11/2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Off-Spec Solutions, LLC**                                    Case number (if known)
Name

| 2.1 2 | **Paccar Financial** | Describe debtor's property that is subject to a lien | $286,371.00 | $303,776.00 |
|---|---|---|---|---|

Creditor's Name

**2020 Peterbilt Model 579 Truck**
**In Service/Purchase date: 12/10/2019**
**Serial No: 1XPBDP9X3LD630161**
**1XPBDP9X5LD630162**
**1XPBDP9X5LD630163**
**1XPBDP9X5LD630164**

**777 106th Ave**
**Bellevue, WA 98004**
Creditor's mailing address

**Describe the lien**
**Secure Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/25/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | $238,408.00 | $235,022.00 |
|---|---|---|---|---|

Creditor's Name

**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**
Creditor's mailing address

**2 - 2022 Freightliner New Cascadia**
**In Service/Purchase date:**
**Serial No: 3AKJHHDR4NSNB8373**
**3AKJHHDR6NSNB8374**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Wheels Insurance Ltd.** | Describe debtor's property that is subject to a lien | $408,472.00 | $1,135,975.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 10027**
**Grand Caymen KY1-1001**
**Caymen Islands**
Creditor's mailing address

**Wheels Insurance Ltd.**

**Describe the lien**
**Cash Deposit Security**

**Is the creditor an insider or related party?**
■ No

**Robert_Pettit@ajg.com**

Debtor  **Off-Spec Solutions, LLC**                                    Case number (if known) _____
        Name

Creditor's email address, if known                    ☐ Yes
_____                       **Is anyone else liable on this claim?**

**Date debt was incurred**                            ☑ No
**6/1/2022**                                           ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                     Check all that apply
☑ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative               ☐ Disputed
priority.

---

3.  | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,268,576.6 5 |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Fifth Third Business Capital**<br>**6111 North River Road**<br>**Des Plaines, IL 60018** | Line _2.7_ | |
| **Robert Pettit, CIC, CRM**<br>**Risk Advisor Arthur Gallaghe**<br>**6967 S River Gate Dr #200**<br>**Midvale, UT 84047** | Line _2.14_ | |
| **WEX, Inc.**<br>**6111 North River Road**<br>**Des Plaines, IL 60018** | Line _2.5_ | |

**Fill in this information to identify the case:**

Debtor name **Off-Spec Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**AGUILAR, BOBBY S**<br>**514 E URSULINE ST**<br>**LUBBOCK, TX 79403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$763.09** | **$763.09** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**AGUON, ANTHONY**<br>**3521 LOMBARD AVE**<br>**EVERETT, WA 98201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$249.14** | **$249.14** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.01 | $109.01 |
|---|---|---|---|---|

**ALMLIE, DOUGLAS T**
**6179 FISHER CREEK CT**
**LAS VEGAS, NV 89139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.50 | $959.50 |
|---|---|---|---|---|

**ARMAS, SAMUEL**
**2517 E SANDGATE**
**NAMPA, ID 83686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.38 | $363.38 |
|---|---|---|---|---|

**ASHUROV, ALEXANDER O**
**2711 N COOLWATER AVE**
**BOISE, ID 83713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**BALDWIN, KIRSTEN R**
**15722 N BOISE ST**
**RATHDRUM, ID 83858**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Off-Spec Solutions, LLC**                              Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.71 | $399.71 |
|---|---|---|---|---|

**2.7** | Priority creditor's name and mailing address

**BARRITT, ANTHONY W**
**6155 CASA LOMA AVE.**
**LAS VEGAS, NV 89156**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$399.71  $399.71

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address

**BELDI, JEREMY E**
**11616 S HARLAN RD**
**LATHROP, CA 95336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.35  $145.35

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address

**BORG, SHANE M**
**8421 W IDAHO BLVD**
**LETHA, ID 83636**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$765.94  $765.94

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address

**BOSTON, ANDREE**
**713 W. KINGHORN DRIVE**
**NAMPA, ID 83651**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,103.19  $1,103.19

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.03 | $218.03 |

**BROSNAC, JONATHAN A**
**2295 FAIRMONT AVE.**
**CLOVIS, CA 93611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.36 | $254.36 |

**BURGOS, MIGUEL A**
**5106 TROPICAL RAIN ST.**
**NORTH LAS VEGAS, NV 89031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.38 | $21.38 |

**BURLEY, MARLIN G**
**945 N MAPLE GROVE ROAD  #204**
**BOISE, ID 83704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**CA Dept of Tax and Fee Admin**
**Acct Info Group MIC 29**
**P O Box 942879**
**Sacramento, CA 95279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Tax Obligations**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor   **Off-Spec Solutions, LLC**                                    Case number (if known)
_____                         _____
Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,678.55 | $2,678.55 |

**CARDENAS, BENAIA P**
**2451 W BAY POINTE**
**NAMPA, ID 83651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.38 | $363.38 |

**CARLILE, RODNEY L**
**303 W 2ND,  PO BOX 182**
**EDMONSON, TX 79032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,346.16 | $6,346.16 |

**CHOATE, KEVIN P**
**2009 FAIROAKS DRIVE**
**CALDWELL, ID 83605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.81 | $321.81 |

**CHOI, AARON Y**
**119 GILLIFLOWER AVE**
**LAS VEGAS, NV 89183**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City of Nampa**
P. O. Box 218
Caldwell, ID 83606

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Services/Trade Debt**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,862.14 | $2,862.14 |
|---|---|---|---|---|

**CLARK, COLBY D**
713 W KINGHORN DR
NAMPA, ID 83651

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.39 | $472.39 |
|---|---|---|---|---|

**CORPUS, SANTIAGO P**
2340 SOUTH MADISON AVENUE
YUMA, AZ 85364

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.38 | $363.38 |
|---|---|---|---|---|

**COUTS, CLARENCE HENRY**
320 HENDERSON WAY
TONASKET, WA 98855

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Off-Spec Solutions, LLC**                                    Case number *(if known)*
_____
           Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,623.11 | $10,623.11 |
|---|---|---|---|---|

**COYLE, RICHARD**
**1912 N. HARRISON BLVD**
**BOISE, ID 83702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.40 | $581.40 |
|---|---|---|---|---|

**DAVIS, JAMEL Q**
**360 MOCKINGBIRD AVE**
**DOVER, DE 19904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.41 | $690.41 |
|---|---|---|---|---|

**DEEDS, MELVIN W**
**47 CASCADE CIRCLE**
**FLORISSANT, CO 80816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.26 | $389.26 |
|---|---|---|---|---|

**DELAPORTE, JAMES**
**1020 LAKESIDE DR.**
**LAKE HAVASU CITY, AZ 86406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.69 | $181.69 |

**DIGNARD, NATHANIEL A**
1432 E CHAMBERS ST.
PHOENIX, AZ 85040

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.79 | $103.79 |

**DUKE, JOHN D**
216 HOLIDAY VILLAGES
POINT BLANK, TX 77364

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**E-470 Public Highway Authority**
P. O. Box 5470
Denver, CO 80217

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,313.38 | $1,313.38 |

**EATHERLY, ADAM A**
12147 BURGOYNE DR
HOUSTON, TX 77077

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Developement Dept
Bankruptcy Unit MIC 92E
P O Box 826880
Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Tax Obligations**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,755.00 | $2,755.00 |
|---|---|---|---|---|

**ESCUTIA, PASTOR
11498 W MCGRAW DR.
NAMPA, ID 83651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**EVERHART, KRISTINA K
1720 S ATLANTIC ST
BOISE, ID 83705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $872.10 | $872.10 |
|---|---|---|---|---|

**FERRELL, EDDIE
19816 AMHERST AVE
CALDWELL, ID 83605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Off-Spec Solutions, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **FOLLETT, GINA DIANE** | Check all that apply. |
| | **3125 N HIGH DESERT WAY** | ☐ Contingent |
| | **MERIDIAN, ID 83646** | ☐ Unliquidated |
| | | ☐ Disputed |

**$1,032.00**    **$1,032.00**

Date or dates debt was incurred
_____

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Franchise Tax Board** | Check all that apply. |
| | **Bankruptcy Section, MS A-340** | ☐ Contingent |
| | **P O Box 2952** | ☐ Unliquidated |
| | **Sacramento, CA 95812-2952** | ☐ Disputed |

**$0.00**    **$0.00**

Date or dates debt was incurred
_____

Basis for the claim:
**State Tax Obligations**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **FROHM, ANASTASIA B** | Check all that apply. |
| | **100 MARIA LN   APT. V2** | ☐ Contingent |
| | **NATCHITOCHES, LA 71457** | ☐ Unliquidated |
| | | ☐ Disputed |

**$181.69**    **$181.69**

Date or dates debt was incurred
_____

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **GETTINO, JOSEPH N** | Check all that apply. |
| | **1112 E DEWEY AVE.** | ☐ Contingent |
| | **NAMPA, ID 83686** | ☐ Unliquidated |
| | | ☐ Disputed |

**$102.13**    **$102.13**

Date or dates debt was incurred
_____

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor   **Off-Spec Solutions, LLC**                                    Case number *(if known)*
_____
Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,108.41 | $1,108.41 |
|------|---|---|---|---|

**HADDEMAN, WILLIAM J**
**1212 HOLLY ST**
**NAMPA, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.50 | $1,225.50 |
|------|---|---|---|---|

**HANSCOM, LAURA E**
**9886 SHOOTING STAR CT**
**NAMPA, ID 83715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,786.43 | $4,786.43 |
|------|---|---|---|---|

**HENDERSON, ERIC E**
**9116 W LILLYWOOD DR**
**BOISE, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279.09 | $279.09 |
|------|---|---|---|---|

**HENDERSON, JESSICA M**
**9116 W LILLYWOOD DR**
**BOISE, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.43** | Priority creditor's name and mailing address

**HERRIN, STEPHEN**
**412 BLUE LAKE BLVD**
**TWIN FALLS, ID 83301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,116.60**  **$2,116.60**

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address

**HOGAN, HARRY A**
**2428 MADISON AVE**
**NAMPA, ID 83687**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$430.83**  **$430.83**

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address

**HOOPER, DALE B**
**5103 W PEG ST**
**BOISE, ID 83705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address

**HOWARD, JOSHUA B**
**12593 WILSON CREEK RD**
**MELBA, ID 83641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$714.88**  **$714.88**

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.47** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.93 | $482.93

**HOWARD, UNMI**
**16070 N MERCHANT WAY APT 101**
**NAMPA, ID 83687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.48** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,052.13 | $1,052.13

**HUMPHREY, CHRISTINA L**
**P O BOX 1610**
**CALDWELL, ID 83606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.49** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.70 | $290.70

**HUNSINGER, HILLARY A**
**24112 ROAD G.2**
**CORTEZ, CO 81321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,419.00 | $14,419.00

**HUNTINGTON, GREGORY**
**6183 W FRISBY STREET**
**EAGLE, ID 83616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Idaho State Tax Commission**
**Bankruptcy Division**
**P.O. Box 36**
**Boise, ID 83722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**State Tax Obligations**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Tax Obligation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00 |
|---|---|---|---|---|

**JANISH, RICHARD A**
**10147 MESQUITE**
**BOISE, ID 83704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOY, STEVEN R**
**9184 W BROGAN DRIVE   APT 201**
**BOISE, ID 83709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Off-Spec Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.44 | $357.44 |
|---|---|---|---|---|
| | **LATHAM, DAVID J**<br>**9935 W SUSSEX DR**<br>**BOISE, ID 83704** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,033.65 | $1,033.65 |
|---|---|---|---|---|
| | **LONG, TRAVIS J**<br>**8898 92ND ST. S**<br>**COTTAGE GROVE, MN 55016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.09 | $763.09 |
|---|---|---|---|---|
| | **MALY, GREG L**<br>**2552 WOODLAND DR**<br>**CHILOQUIN, OR 97624** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.01 | $109.01 |
|---|---|---|---|---|
| | **MCMILLAN, DANNY L**<br>**3623 S GARRETT ST**<br>**MARSHALL, TX 75672** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Payroll** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

---

| Debtor | **Off-Spec Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.61 | $909.61 |
|---|---|---|---|---|

**MELE, SCOTT B**
**11931 W. CRESTED BUTTE CT.**
**NAMPA, ID 83651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.50 | $408.50 |
|---|---|---|---|---|

**MICKEY, LEROY A**
**1701 EVERETT  #3**
**CALDWELL, ID 83605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.16 | $151.16 |
|---|---|---|---|---|

**MOORE, ROBERT L**
**713 W KINGHORN DR**
**NAMPA, ID 83651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $453.15 | $453.15 |
|---|---|---|---|---|

**MUSE, COREY M**
**4912 COCOA AVENUE**
**RENO, NV 89506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address<br>**NELSON, ANTHONY P<br>4906 MEREDETH STREET<br>LINCOLN, NE 68506** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36.34** | **$36.34** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address<br>**NELSON, LINDA<br>4529 GLADSTONE ST<br>LINCOLN, NE 68504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$472.39** | **$472.39** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address<br>**NEWKIRK, DWAYNE<br>483 W YOSEMITE DR.<br>MERIDIAN, ID 83646** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,753.92** | **$3,753.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address<br>**Oklahoma Turnpike Authority<br>Enforcement Branch<br>P. O. Box 11255<br>Oklahoma City, OK 73136** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.05 | $436.05 |
|---|---|---|---|---|

**OKONOFUA, PETER O**
**7566 JOHN T.WHITE RD**
**FORT WORTH, TX 76120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.88 | $160.88 |
|---|---|---|---|---|

**Oregon Depart of Revenue**
**P. O. Box 14730**
**Salem, OR 97309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/7/21**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,125.46 | $24,125.46 |
|---|---|---|---|---|

**Oregon Department**
**of Transpoortation**
**3930 Fairview Industl Dr SE**
**Salem, OR 97302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/30/22**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.95 | $297.95 |
|---|---|---|---|---|

**Oregon Dept of Envir Quality**
**DEQ - CRIS**
**P. O. Box 3052**
**Portland, OR 97208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/21**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Off-Spec Solutions, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**OTA-PlatePay**
**PO Box 248935**
**Oklahoma City, OK 73124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $581.40 | $581.40 |
|---|---|---|---|---|

**PERITORE, CESARE F**
**1858 68TH ST.**
**BROOKLYN, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $726.75 | $726.75 |
|---|---|---|---|---|

**PERSON, WESLEY A**
**229 MANSION PKWY**
**NEW CASTLE, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.69 | $181.69 |
|---|---|---|---|---|

**PINCZKOWSKI, MATTHEW R**
**2147 CENTRAL AVE #11**
**CANON CITY, CO 81212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.75** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.30 | $47.30

**RAMIREZ, MARIO**
**11277 W BODIE RIVER LOOP**
**NAMPA, ID 83686**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.71 | $399.71

**RIVERA, LUIS A**
**9110 EAST IRLO BRONSON**
**MEMORIAL HWY**
**SAINT CLOUD, FL 34773**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.04 | $327.04

**ROGERS, ERIC R**
**212 B RICO LANE**
**BERNALILLO, NM 87004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,323.00 | $2,323.00

**ROSE, CARLA**
**314 JOHNSON DR**
**NAMPA, ID 83687**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.64 | $866.64 |
|---|---|---|---|---|

**SCHELL, ACACIA D**
**3506 E SUTTON AVE**
**NAMPA, ID 83686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.41 | $690.41 |
|---|---|---|---|---|

**SHAFER, DONALD J**
**1212 S 5TH ST.**
**TUCUMCARI, NM 88401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.56 | $858.56 |
|---|---|---|---|---|

**SHAFFER, JOHN**
**1816 1ST AVE SOUTH**
**PAYETTE, ID 83661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SHERRILL, MICHAEL D**
**172 GRANDVIEW DR.**
**TWIN FALLS, ID 83301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.06 | $545.06 |
|---|---|---|---|---|

**SHERRILL, TIMOTHY M**
**PO BOX 2571**
**TWIN FALLS, ID 83303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,308.15 | $1,308.15 |
|---|---|---|---|---|

**SHOAF, JAMES M**
**1828 WOOD AVE**
**BURLINGTON, NC 27215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.41 | $690.41 |
|---|---|---|---|---|

**SMITH, ALMA C**
**4855 ROAD 41**
**MANCOS, CO 81328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.09 | $763.09 |
|---|---|---|---|---|

**SNOWDEN, JOE**
**1606 BEL AIR CIRCLE**
**TWIN FALLS, ID 83301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **So. Connector Service Center**<br>**Attn: Violations**<br>**P. O. Box 408**<br>**Piedmont, SC 29673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State of Arkansas**<br>**Dept of Finance**<br>**PO Box 896 Rm 2340**<br>**Little Rock, AR 72203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,265.67 | $5,265.67 |
|---|---|---|---|---|
| | **STOODLEY, DALE L**<br>**1754 W OAKLEY WAY**<br>**KUNA, ID 83634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $171.24 | $171.24 |
|---|---|---|---|---|
| | **STRASSNER, CHARLES H**<br>**3099 E. SOMERSET DR.**<br>**SPANISH FORK, UT 84660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Off-Spec Solutions, LLC**                                    Case number (if known) _____
        Name

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.03 | $218.03 |

**STREBE, SHELDEN S**
**1940 BRUNETTI WAY**
**SPARKS, NV 89431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.63 | $510.63 |

**STROUGHTER, DAKOTA E**
**206 S VALLEY DR.**
**NAMPA, ID 83686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**STULTS, THOMAS L**
**415 S COTTERELL DR**
**BOISE, ID 83709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.04 | $327.04 |

**SYKES, EDMUND S**
**403 2ND STREET**
**UNDERWOOD, ND 58576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tenn Dept of Safety**
**& Homeland**
**P. O. Box 24589**
**Nashville, TN 37202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

�■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller**
**of Public Accountants**
**P O Box 149348**
**Austin, TX 78714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $666.66 | $666.66 |
|---|---|---|---|---|

**THORNTON, ARWYN K**
**181 N LIBERTY #14**
**BOISE, ID 83704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**TOBIAS, JOSHUA G**
**525 6TH STREET NORTH**
**NAMPA, ID 83687**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Off-Spec Solutions, LLC**
_____
Name                                                    Case number (if known) _____

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**US Small Business Administra**
**455 Market Street**
**San Francisco, CA 94105**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Federal Tax Obligation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.70 | $290.70 |

**WALKER, LACHIL C**
**110 TIFF LANE**
**ELIZABETH, NC 27909**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.80 | $369.80 |

**WAYMENT, BRAEDEN M**
**11077 WEST FAITH ST**
**NAMPA, ID 83651**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,901.45 | $2,901.45 |

**WELTY, JOAN**
**1185 E AMITY RD**
**MERIDIAN, ID 83642**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Off-Spec Solutions, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.50**

**Access Integration, Inc.**
**2745 S. Victory View Way**
**Suite A**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2022

**Basis for the claim:** Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Advance Business Capital LLC**
**dba Triumph Business Capital**
**P. O. Box 61128**
**Dallas, TX 75261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,870.95**

**Aetna**
**151 Farmington Ave**
**Hartford, CT 06156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**American Equipment Co. Inc.**
**1 Fluor Daniel Drive**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Amur Equipment Financing**
**304 W 3rd Street**
**Grand Island, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$187.00**

**B&W Wrecker**
**20 S. Garden St.**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/11/2022

**Basis for the claim:** Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Battaglia Produce Dist.**
**2500 Ashland Ave.**
**Chicago, IL 60608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

Nonpriority creditor's name and mailing address

**Billings Peterbilt, Inc.**
**P. O. Box 27634**
**Salt Lake City, UT 84127**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9**

Nonpriority creditor's name and mailing address

**BlueStar Retirement Services, Inc.**
**P.O. Box 2349**
**Ponte Vedra Beach, FL 32004**

Date(s) debt was incurred  **7/15/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$981.25

---

**3.10**

Nonpriority creditor's name and mailing address

**Boise Peterbilt**
**6633 Federal Way**
**Boise, ID 83716**

Date(s) debt was incurred  **5/31/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$4,580.18

---

**3.11**

Nonpriority creditor's name and mailing address

**Boogi Hong dba Maya Logistics**
**1706 E. Cullumber St.**
**Gilbert, AZ 85234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.12**

Nonpriority creditor's name and mailing address

**Border 2 Border Truck Reporting Service**
**P. O. Box 6412**
**Boise, ID 83707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.13**

Nonpriority creditor's name and mailing address

**Caldwell Peterbilt**
**1505 Industrial Way**
**Caldwell, ID 83605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.14**

Nonpriority creditor's name and mailing address

**CDLLife, LLC**
**1220 Washington St.**
**Suite 200**
**Kansas City, MO 64105**

Date(s) debt was incurred  **7/5/2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$12,900.00

---

Debtor  **Off-Spec Solutions, LLC** _____    Case number (if known) _____

Name

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**3.15**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Central Florida Expressway Authority**
P.O. Box 585070
**Orlando, FL 32858**                    ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services/Trade Debt**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.16**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$1,750.88**

**Cintas**
PO Box 88005
**Chicago, IL 60680**                    ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2022

**Basis for the claim:**  **Services/Trade Debt**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.17**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Clackamas Peterbilt Inc.**
PO Box 27634
**Salt Lake City, UT 84127**                    ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services/Trade Debt**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Clear Creek Financial Management**
**Strive Wealth & Protection P**
3597 E Monarch Sky Lane #24
**Meridian, ID 83646**                    ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services/Trade Debt**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$4,000.00**

**Clifton Larson Allen LLP**
P. O. Box 31001-2443
**Pasadena, CA 91110**                    ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services/Trade Debt**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$12,526.26**

**Co-Energy**
311 N Curtis
PO Box 7645
**Boise, ID 83707**                    ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/28/2022

**Basis for the claim:**  **Services/Trade Debt**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**  **Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$7,700.00**

**Colvita Creative, LLC**
2117 N. 29th Street
**Boise, ID 83703**                    ☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2022

**Basis for the claim:**  **Services/Trade Debt**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crown Source**
10955 Lowell Ave.
Suite 600
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSC.**
P. O. Box 7410023
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DataTap, LLC**
2558 Williams Lane
Homedale, ID 83628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delaware E-ZPass Violations Center**
Delaware Dept of Transp
P. O. Box 697
Dover, DE 19903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delfino Madden O'Malley Coyle Koewler**
500 Capitol Mall
Suite 1550
Sacramento, CA 95814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delta Dental of Idaho**
LB 271372
P.O. Box 35145
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2022

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Direct Capital EDI**
Division of Citibank
155 Commerce Way
Portsmouth, NH 03801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Enterprise Sales Inc.**
P. O. Box 159
Ontario, OR 97914

Date(s) debt was incurred  2/26/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$926.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Evans Keane LLP**
1161 West River Street
Suite 100
Boise, ID 83701

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$476.01**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Explore Information Services Inc.**
P. O. Box 203489
Dallas, TX 75320

Date(s) debt was incurred  4/29/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$426.20**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Express Pressure Wash, Inc.**
P. O. Box 3101
Nampa, ID 83653

Date(s) debt was incurred  7/11/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,408.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Felix Trucking**
8891 W Twin Lakes Rd
Rathdrum, ID 83858

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**FleetNet America**
P. O. Box 970
Cherryville, NC 28021

Date(s) debt was incurred  6/9/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$25,432.71**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Freightliner Northwest**
277 Stewart Road SW
Pacific, WA 98047

Date(s) debt was incurred  7/18/2022

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$3,127.03**

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fuel Manager Services Inc.**
16005 Kinion Lake Road
Fayetteville, AR 72704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.47 |
|---|---|---|---|

**Gem State Oil Recovery**
23344 El Camino Place
Middleton, ID 83644

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/13/2022

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glass Monkey**
PO Box 45156
Boise, ID 83711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**GoToro, Inc.**
280 Highway 35 South
Suite 302
Red Bank, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2022

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**HCTRA - VIOLATIONS**
PO Box 4440
DEPT 8
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/16/2022

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,542.52 |
|---|---|---|---|

**HireRight LLC**
P. O. Box 847891
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/30/2022

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HOJ Idaho Material Handling**
4655 S. Federal Way
Boise, ID 83716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services/Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
**HSI Workplace Compliance Solutions, Inc.**
PO Box 809321
Chicago, IL 60680

Date(s) debt was incurred  **6/19/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,187.50**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Idaho 5 LLC**
P O Box 2668
Eagle, ID 83616

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,166.17**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Idaho Transportation Department**
Vehicle Services Section
P. O. Box 34
Boise, ID 83731

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Idaho Trucking Association**
3405 E. Overland Rd.
Suite 175
Meridian, ID 83642

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Intermountain Gas Company**
P.O. BOX 5600
Bismarck, ND 58506

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**IPFS Corporation**
P. O. Box 100391
Pasadena, CA 91189

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**J&S Transport, Inc.**
Attn:  Johnny Martinez
3425 King Street
Pasco, WA 99301

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

| Debtor | Off-Spec Solutions, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J.J. Keller**
**P.O. Box 6609**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackson Group Peterbilt**
**Lockbox Dept 880555**
**P.O. Box 29661**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jackson Group Peterbilt, Boise**
**6633 S. Federal Way**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JEM Tools, LLC**
**1963 N Cool Springs Ave**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Henderson**
**9116 W. Lillywood Dr.**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Duke**
**216 Holiday Villages**
**Point Blank, TX 77364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jonathan Brosnac**
**2295 Fairmont Ave**
**Clovis, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kansas Turnpike Authority**
**PO Box 5018**
**Wichita, KS 67201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KARR Transportation**
**Main Term**
**4106 Hwy 62 East**
**Mountain Home, AR 72653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,323.92**

**Kleinschmidt Inc.**
**P. O. Box 7158**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/4/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**L & K Trucking**
**PO Box 1278**
**Lolo, MT 59847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ladda Barker**
**3217 Manchester Dr.**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.27**

**Lineage Logistics**
**5200 11the Avenue South**
**Attn: Mike Torrey**
**Grand Forks, ND 58201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/28/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,656.19**

**Love's Tire Care**
**P O Box 842568**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/19/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Lugo's Welding**
**24224 Richway Dr**
**Caldwell, ID 83607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Lumen**
**CenturyLink**
**P. O. Box 52187**
**Phoenix, AZ 85072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Maine Turnpike Authority Violation Proce**
**PO Box 3858**
**Portland, ME 04104**

Date(s) debt was incurred  7/6/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$47.50

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Maryland Transportation Authority**
**P. O. Box 12853**
**Philadelphia, PA 19176**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Mckinney Trailer Rentals**
**McKinney Vehicle Svcs Inc**
**P. O. Box 515574**
**Los Angeles, CA 90051**

Date(s) debt was incurred  6/30/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,725.63

---

**3.69**

**Nonpriority creditor's name and mailing address**

**McU Sports**
**822 W. Jefferson St.**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Merced's Trucking,LLC**
**12816 S Salorgne Way**
**Nampa, ID 83686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Mercedes-Benz Financial Services USA LLC
P. O. Box 5261
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,427.76**

MetLife, Inc.
200 Park Avenue
New York, NY 10166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

MIICOR Inc.
3286 S. Norfolk Way
Boise, ID 83706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Mike Arnold
1911 Spirit Wood Lane
Edmond, OK 73025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$776.00**

Minert & Associates Inc.
P.O. Box 568
MERIDIAN, ID 83680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

MSP Logistics
Express Capital Solutions LL
738 E. Casad St.
Covina, CA 91723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378,440.05**

National Interstate Ins. Co.
3250 Interstate Drive
Richfield, OH 44286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/10/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Off-Spec Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$228.96**

Norco
PO Box 35144
Seattle, WA 98124

Date(s) debt was incurred  6/30/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

North Texas Tollway Authority
P. O. Box 660244
Dallas, TX 75266

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$528.10**

Northwest Equipment Sales & Leasing Inc.
2405 S Janeen St
Boise, ID 83709

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

Northwest Occupational Medicine
6140 W. Curtisian
Ste 400
Boise, ID 83704

Date(s) debt was incurred  6/29/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Novah Trucking, LLC
PO Box 263
Cocolalla, ID 83813

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,245.00**

Paul's Truck Wash
500 A Truck Inn Way
Fernley, NV 89408

Date(s) debt was incurred  1/1/2021

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services/Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,582.65**

Penske
2555 South Telegraph Road
Bloomfield Hills, MI 48302

Date(s) debt was incurred  7/7/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Off-Spec Solutions, LLC**                          Case number *(if known)* _____

| | |
|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** |

**3.85**

**Nonpriority creditor's name and mailing address**
**Peterbilt Boise**
**6633 Federal Way**
**Boise, ID 83716**

**Date(s) debt was incurred  6/30/2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,063.38**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Peterbilt Caldwell**
**1505 Industrial Way**
**Caldwell, ID 83605**

**Date(s) debt was incurred  6/30/2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,206.75**

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Peterbilt Idaho Falls**
**4460 W Andco Dr**
**Idaho Falls, ID 83402**

**Date(s) debt was incurred  6/9/2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$698.23**

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Peterbilt of Jerome**
**302 E. Frontage Rd. N.**
**Jerome, ID 83338**

**Date(s) debt was incurred  6/30/2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,345.40**

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Peterbilt of Utah**
**P. O. Box 27634**
**Salt Lake City, UT 84127**

**Date(s) debt was incurred  6/13/2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,268.48**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Peterbilt Ontario**
**588 S.E. 1st Ave**
**Ontario, OR 97914**

**Date(s) debt was incurred  6/23/2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.28**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Pilot Flying J**
**5508 Lonas Drive**
**Knoxville, TN 37939**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pittman Towing**
**1441 W. University Way**
**Ellensburg, WA 98926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Premier Truck Group**
**of Amarillo**
**PO Box 30130**
**Amarillo, TX 79120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2022**

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PrePass**
**P. O. Box 52774**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.00 |
|---|---|---|---|

**Primary Health Med Group UC**
**10482 W. Carlton Bay Dr.**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Purdy's Towing**
**PO Box 532**
**Welches, OR 97067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Randall-Reilly, LLC**
**P. O. Box 2029**
**Tuscaloosa, AL 35403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Renegade Services, LLC**
**2672 2nd St S**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Off-Spec Solutions, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Righteous Signs and Designs**
35 S. Drifter Loop
Nampa, ID 83651

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,095.68**

**Risk Management Services**
Arthur J. Gallagher
2850 Golf Road
Rolling Meadows, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/9/2022

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.26**

**Riverlink**
PO Box 70
Perry, NY 14530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/6/2022

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert A. Bearse**
852 E. Folgado Ct.
Kuna, ID 83634

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,845.34**

**Rocky Mountain Companies**
350 N 9th Street, Suite 200
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rush Truck Center Boise**
**Rush Enterprises**
555 IH 35 South, Suite 500
New Braunfels, TX 78130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,777.54**

**Ryder Corporation**
11690 NW 105th Street
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/7/2022

Last 4 digits of account number _

Basis for the claim:  **Leases**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Safelite Fulfillment, Inc.**<br>P. O. Box 633197<br>**Cincinnati, OH 45263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | **Basis for the claim:  Services/Trade Debt** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|
| **Safety-Kleen Systems Inc**<br>P. O. Box 975201<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/30/2022 | **Basis for the claim:  Services/Trade Debt** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,635.28 |
|---|---|---|
| **Samba Holdings, Inc.**<br>Dept LA 24536<br>**Pasadena, CA 91185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/31/2022 | **Basis for the claim:  Services/Trade Debt** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|
| **SAMG Occupational Med Emerald**<br>6051 W.  Emerald St.<br>**Boise ID   83704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/2/2022 | **Basis for the claim:  Services/Trade Debt** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,366.40 |
|---|---|---|
| **Samsara Inc.**<br>350 Rhode Island Street<br>**4th Floor, South Building**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | **Basis for the claim:  Services/Trade Debt** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.111**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Shop Equipment Specialties LLC**<br>612 1st St S<br>**Nampa, ID 83651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _____ | **Basis for the claim:  Services/Trade Debt** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.112**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|
| **Sirikorn Burlison**<br>11477 W. McGraw Dr.<br>**Nampa, ID 83651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  7/16/2022 | **Basis for the claim:  Services/Trade Debt** | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Off-Spec Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,022.80**

**Sleep Inn**
**1315 Industrial Rd.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$667.32**

**Sparklight**
**P. O. Box 78000**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,525.10**

**Stoel Rives LLP**
**101 S. Capitol Blvd**
**Suite 1900**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2021**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21.30**

**SunPass**
**TOLL-BY-PLATE:  FDOT**
**7941 Glades Road**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Super 8 Nampa**
**624 Northside Blvd.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tacoma Screw Products Inc.**
**2001 Center Street**
**Tacoma, WA 98409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Tenstreet  LLC**
**5121 S. Wheeling Ave**
**Suite 200**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2022**

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Off-Spec Solutions, LLC**                                        Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.120**  **Nonpriority creditor's name and mailing address**

**The Central Valley Fund II**
**1590 Drew Avenue**
**Suite 110**
**Davis, CA 95618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$481,170.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deferred Interest**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121**  **Nonpriority creditor's name and mailing address**

**The Central Valley Fund III**
**1590 Drew Avenue**
**Suite 110**
**Davis, CA 95618**

Date(s) debt was incurred  **12/31/2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$169,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subordinate Loan #2**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122**  **Nonpriority creditor's name and mailing address**

**The Central Valley Fund III**
**1590 Drew Avenue**
**Suite 110**
**Davis, CA 95618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$3,330,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subordinated Loan #1**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123**  **Nonpriority creditor's name and mailing address**

**The Toll Roads Violation Dep**
**P. O. Box 57011**
**Irvine, CA 92619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124**  **Nonpriority creditor's name and mailing address**

**Thrive Web Designs**
**1020 W. Main St.  #305**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125**  **Nonpriority creditor's name and mailing address**

**Tony Easter**
**5324 War Eagle Rd.**
**Caldwell, ID 83607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126**  **Nonpriority creditor's name and mailing address**

**Transflo**
**PO Box 88319**
**Milwaukee, WI 53288**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Travelers CL Remittance Center**
**P. O. Box 660317**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$923.86**

**Uline**
**ATTN: Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2022

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668.63**

**US Bank Equip Finance**
**P. O. Box 790448**
**St Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/20/22

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,763.77**

**Utility Trailer Sls of Boise**
**P.O. Box 15357**
**Boise, ID 83715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/22

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,846.27**

**Verizon Wireless**
**140 W Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/15/22

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wallace E Oxendine**
**122 Milton Dr**
**Maxton, NC 28364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WCF Insurance**
**Payment Processing Center**
**P O Box 26488**
**Salt Lake City, UT 84126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services/Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Off-Spec Solutions, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.134**

Nonpriority creditor's name and mailing address

**Weintraub / Tobin**
**400 Capitol Mall  Eleventh Fl**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.135**

Nonpriority creditor's name and mailing address

**Wells Fargo Bank**
**420 Montgomery Street**
**San Francisco, CA 94104**

Date(s) debt was incurred  **11/01/2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

$417,550.00

---

**3.136**

Nonpriority creditor's name and mailing address

**Western Idaho Freightliner**
**1214 Franklin Blvd.**
**Nampa, ID 83687**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137**

Nonpriority creditor's name and mailing address

**Whip Around, Inc.**
**6302 Fairview Road**
**Charlotte, NC 28210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138**

Nonpriority creditor's name and mailing address

**WIN Distribution**
**9575 Redwood Street**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139**

Nonpriority creditor's name and mailing address

**WinCo Foods, LLC**
**PO Box 5756**
**Boise, ID 83705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services/Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140**

Nonpriority creditor's name and mailing address

**Xtra Lease LLC**
**7911 Forsyth Blvd**
**Saint Louis, MO 63105**

Date(s) debt was incurred  **7/1/22**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

$12,526.22

---

| Debtor | **Off-Spec Solutions, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zurich North America**
**3093 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Services/Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **121,121.38** |
| **5b. Total claims from Part 2** | 5b. + | $ | **5,291,252.35** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **5,412,373.73** |

**Fill in this information to identify the case:**

Debtor name    **Off-Spec Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Gregory Huntington 618 W Frisby Street Eagle, ID 83616** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Lease #130681 - Account #660380 s 2022 Hyundai Dry Van 3H3V532K1NS031431 2022 Hyundai Dry Van 3H3V532K3NS031432 2022 Hyundai Dry Van 3H3V532K5NS031433 2022 Hyundai Dry Van 3H3V532K7NS031434 2022 Hyundai Dry Van 3H3V532K9NS031435 2022 Hyundai Dry Van 3H3V532K0NS031436** |
| State the term remaining | **4 years** |
| List the contract number of any government contract | **JT McKinney Co., Inc. 2601 Saturn Street Brea, CA 92821** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **287230    Unit # 528381 287520    Unit # 528383 292321    Unit # 528382 293125    Unit # 549674 293126    Unit # 549675** |
| State the term remaining | **Various**    **JT McKinney Co., Inc. 2601 Saturn Street Brea, CA 92821** |

Debtor 1    **Off-Spec Solutions, LLC**                                    Case number (*if known*) _____
　　　　　　First Name　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract _____

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Unit #  324614 VIN# 3H3V532C3MT694002 Expiration:  44926** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Unit #  324615 VIN# 3H3V532C5MT694003 Expiration: 44926** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Unit #  333937 VIN# 1UYVS2532L2900617 Expiration: 44926** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Unit #  333939 VIN# 1UYVS2536L2900619 Expiration: 44926** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  338599 VIN# 3AKJHHFG2LSLN5171 Expiration:  46053** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

Debtor 1   **Off-Spec Solutions, LLC**                                    Case number (*if known*) _____
   First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  338602 VIN# 3AKJHHFG8LSLN5174 Expiration:  46053** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  338626 VIN# 3AKJHHFG0LSLN5198 Expiration:  46081** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Unit #  346096 VIN# 3H3V532C0LT489073 Expiration:  Exp 1/31/22** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  351423 VIN# 3AKJHHDR5LSLV9378 Expiration:  45869** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  351424 VIN# 3AKJHHDR7LSLV9379 Expiration:  45869** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  351425 VIN# 3AKJHHDR3LSLV9380 Expiration:  45900** | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |
|---|---|---|---|
| | State the term remaining | | |

Debtor 1   **Off-Spec Solutions, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract _____

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  351427 VIN# 3AKJHHDR7LSLV9382 Expiration:  45869** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  351428 VIN# 3AKJHHDR9LSLV9383 Expiration:  45869** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Tractor Unit #  351429 VIN# 3AKJHHDR0LSLV9384 Expiration:  45900** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Unit #  711163 VIN# 1GR1A902XLB209462 Expiration:  46599** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Trailer Unit #  711164 VIN# 1GR1A9021LB209463 Expiration:  46599** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | **Penske 2555 South Telegraph Road Bloomfield Hills, MI 48302** |

Debtor 1  **Off-Spec Solutions, LLC**                                      Case number (*if known*) _____
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** | |
|---|---|---|---|
| | State the term remaining | | **Richard Coyle**<br>**1912 N Harrison Blvd**<br>**Boise, ID 83702** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #318022415**<br><br>**661484**<br>**3AKJGLD54GSHT6536**<br>**Unit #  R6536**<br>**Expiration:  08/04/21**<br>**661485**<br>**3AKJGLD56GSHT6537**<br>**Unit #  R6537**<br>**Expiration:  08/16/21**<br>**661486**<br>**3AKJGLD58GSHT6538**<br>**Unit #  R6538**<br>**Expiration:  08/04/21**<br>**661489**<br>**3AKJGLD58GSHT6541**<br>**Unit #  R6541**<br>**Expiration:  09/14/16**<br>**661490**<br>**3AKJGLD5XGSHT6542**<br>**Unit #  R6542**<br>**Expiration:  08/11/21**<br>**661491**<br>**3AKJGLD51GSHT6543**<br>**Unit #  R6543**<br>**Expiration:  08/11/21** | |
|---|---|---|---|
| | State the term remaining | **Various** | **Ryder Corporation**<br>**11690 NW 105th Street**<br>**Miami, FL 33178** |
| | List the contract number of any government contract | | |

Debtor 1   **Off-Spec Solutions, LLC**                                    Case number (*if known*) _____

_____ _____ _____
First Name          Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #0021739**<br><br>**877847**<br>**3AKJHHDR7LSLG6439**<br>**Unit #   R6439**<br>**Expiration:  05/12/23**<br>**877848**<br>**3AKJHHDR3LSLG6440**<br>**Unit #   R6440**<br>**Expiration:  05/02/23**<br>**877849**<br>**3AKJHHDR5LSLG6441**<br>**Unit #   R6441**<br>**Expiration:  05/02/23**<br>**877850**<br>**3AKJHHDR7LSLG6442**<br>**Unit #   R6442**<br>**Expiration:  05/06/23**<br>**877851**<br>**3AKJHHDR9LSLG6443**<br>**Unit #   R6443**<br>**Expiration:  05/02/23**<br>**877852**<br>**3AKJHHDR0LSLG6444**<br>**Unit #   R6444**<br>**Expiration:  04/29/23**<br>**877853**<br>**3AKJHHDR2LSLG6445**<br>**Unit #   R6445**<br>**Expiration:  05/05/23**<br>**877854**<br>**3AKJHHDR4LSLG6446**<br>**Unit #   R6446**<br>**Expiration:  05/05/23**<br>**877855**<br>**3AKJHHDR6LSLG6447**<br>**Unit #   R6447**<br>**Expiration:  05/07/23** | |
|  | State the term remaining | **Various** | **Ryder Corporation**<br>**11690 NW 105th Street**<br>**Miami, FL 33178** |
|  | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #500-0510661-000 Customer Credit Account #1456268**<br><br>**Cannon IR400IF Copier - Serial #QLA3825BW**<br>**HP M521DN Copier - Serial #CNB7K2RCF0BW** | |
|  | State the term remaining | | **US Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Suite 100**<br>**Saint Louis, MO 63179** |

Debtor 1   **Off-Spec Solutions, LLC**                                                   Case number (*if known*) _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 500-0510661-002** | |
|---|---|---|---|
| | | **2 - Cannon DRM 16OII Business Scanning Equipment - Serial #GXY08987 & GXY080988** | |
| | State the term remaining | | **US Bank Equipment Finance** |
| | List the contract number of any government contract _____ | | **1310 Madrid Street Suite 100 Saint Louis, MO 63179** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 500-0510661-003** | |
|---|---|---|---|
| | | **Cannon MF 35CDW Copier - Serial #WTL22382COLOR** | |
| | State the term remaining | | **US Bank Equipment Finance** |
| | List the contract number of any government contract _____ | | **1310 Madrid Street Suite 100 Saint Louis, MO 63179** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Cell phones and tablets** | |
|---|---|---|---|
| | State the term remaining | | **Verizon Wireless** |
| | List the contract number of any government contract _____ | | **140 W Street New York, NY 10007** |

Debtor 1  **Off-Spec Solutions, LLC**

First Name         Middle Name         Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No** | |
|---|---|---|---|
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9025JB127491** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9027JB127492** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9020JB127494** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9022JB127495** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9024JB127496** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9026JB127497** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9028JB127498** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA902XJB127499** | |
| | | **2018 Great Dane Dry Van** | |
| | | **1GRAA9022JB127500** | |
| | | **2018 Silver Eagle Dolly** | |
| | | **1U3JX1015JBJ20422** | |
| | | **2018 Silver Eagle Dolly** | |
| | | **1U3JX1015JBJ20423** | |
| | | **2018 Silver Eagle Dolly** | |
| | | **1U3JX1015JBJ20424** | |
| | | **2018 Silver Eagle Dolly** | |
| | | **1U3JX1015JBJ20425** | |
| | | **2018 Silver Eagle Dolly** | |
| | | **1U3JX1015JBJ20426** | |
| | State the term remaining | **Expires 11/1/2017** | |
| | List the contract number of any government contract | _____ | **Wells Fargo Bank**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** |

Debtor 1  **Off-Spec Solutions, LLC**                                          Case number (*if known*) _____

First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #080L00838** | |
|---|---|---|---|
| | | **1UYVS253XHU848701 Unit # U68691      Exp 5/23/2021 Trailer 1UYVS2531HU848702 Unit #  U68692      Exp 5/24/2021 Trailer 1UYVS2533HU848703 Unit # U68693       Exp 6/17/2021 Trailer 1UYVS2535HU848704 Unit # U68694       Exp 6/30/2021 Trailer 1UYVS2537HU848705 Unit# U68695       Exp 6/3/2021 Trailer** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Xtra Lease LLC 7911 Forsyth Blvd Saint Louis, MO 63105** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #080L00909** | |
|---|---|---|---|
| | | **1UYVS2534J2246703 Unit #   U69559 Expiration:  8/18/22 Trailer 1UYVS2531J2246724 Unit #   U69580 Expiration:  8/30/22 Trailer 1UYVS2533J2246725 Unit #   U69581 Expiration:  8/30/22 Trailer 1UYVS2535J2246726 Unit #   U69582 Expiration:  9/8/22 Trailer 1UYVS2537J2246727 Unit #   U69583 Expiration:  9/1/22 Trailer** | |
| | State the term remaining | **Various** | |
| | List the contract number of any government contract | _____ | **Xtra Lease LLC 7911 Forsyth Blvd Saint Louis, MO 63105** |

Debtor 1  **Off-Spec Solutions, LLC**                                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #808L00917** | |
|---|---|---|---|
| | | **1UYVS2534J2246720** | |
| | | **Unit #   U69576** | |
| | | **Expiration:  9/18/22** | |
| | | **Trailer** | |
| | | **1UYVS2538J2246722** | |
| | | **Unit #   U69578** | |
| | | **Expiration:  10/30/22** | |
| | | **Trailer** | |
| | | **1UYVS253XJ2246723** | |
| | | **Unit #   U69579** | |
| | | **Expiration:  9/29/22** | |
| | | **Trailer** | |
| | | **1UYVS2530J2246729** | |
| | | **Unit #   U69585** | |
| | | **Expiration:  10/30/22** | |
| | | **Trailer** | |
| | State the term remaining | **Various** | |
| | List the contract number of any government contract | _____ | **Xtra Lease LLC** **7911 Forsyth Blvd** **Saint Louis, MO 63105** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease #080L00922** | |
|---|---|---|---|
| | | **1UYVS2532J6247244** | |
| | | **Unit #   U69431** | |
| | | **Expiration:  10/9/22** | |
| | | **Trailer** | |
| | | **1UYVS2535J2246614** | |
| | | **Unit #   U69471** | |
| | | **Expiration:  11/30/22** | |
| | | **Trailer** | |
| | | **1UYVS2537J2246730** | |
| | | **Unit #   U69586** | |
| | | **Expiration:  11/29/22** | |
| | | **Trailer** | |
| | State the term remaining | **Various** | |
| | List the contract number of any government contract | _____ | **Xtra Lease LLC** **7911 Forsyth Blvd** **Saint Louis, MO 63105** |

Debtor 1    **Off-Spec Solutions, LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No.  080L00950** | |
|---|---|---|---|
| | | **1UYVS2533K2585826** | |
| | | **Unit #    U69939** | |
| | | **Expiration:  5/30/23** | |
| | | **Trailer** | |
| | | **1UYVS2535K2585827** | |
| | | **Unit #    U69940** | |
| | | **Expiration:  5/23/23** | |
| | | **Trailer** | |
| | | **1UYVS2537K2585828** | |
| | | **Unit #    U69941** | |
| | | **Expiration:  5/23/23** | |
| | | **Trailer** | |
| | | **1UYVS2539K2585829** | |
| | | **Unit #    U69942** | |
| | | **Expiration:  5/25/23** | |
| | | **Trailer** | |
| | State the term remaining | **Various** | |
| | List the contract number of any government contract | _____ | **Xtra Lease LLC**<br>**7911 Forsyth Blvd**<br>**Saint Louis, MO 63105** |

Debtor 1  **Off-Spec Solutions, LLC**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **1UYVS253XL2936202**<br>**Unit #   W82292**<br>**Expiration:   4/1/24**<br>**Trailer**<br>**1UYVS2531L2936203**<br>**Unit #   W82293**<br>**Expiration:   4/1/24**<br>**Trailer**<br>**1UYVS2533L2936204**<br>**Unit #   W82294**<br>**Expiration:   4/1/24**<br>**Trailer**<br>**1UYVS2535L2936205**<br>**Unit #   W82295**<br>**Expiration:   3/28/24**<br>**Trailer**<br>**1UYVS2537L2936206**<br>**Unit #   W82296**<br>**Expiration:   4/1/24**<br>**Trailer**<br>**1UYVS2539L2936207**<br>**Unit #   W82297**<br>**Expiration:   4/8/24**<br>**Trailer**<br>**1UYVS2530L2936208**<br>**Unit #   W82298**<br>**Expiration:   4/22/24**<br>**Trailer**<br>**1UYVS2539L2936210**<br>**Unit #   W82300**<br>**Expiration:   4/22/24**<br>**Trailer**<br>**1UYVS2530L2936211**<br>**Unit #   W82301**<br>**Expiration:   4/8/24**<br>**Trailer**<br>**1UYVS2532L2936212**<br>**Unit #   W82302**<br>**Expiration:   4/8/24**<br>**Trailer**<br>**1UYVS2534L2936213**<br>**Unit #   W82303**<br>**Expiration:   3/29/24**<br>**Trailer**<br>**1UYVS2536L2936214**<br>**Unit #   W82304**<br>**Expiration:   4/8/24**<br>**Trailer**<br>**1UYVS2538L2936215**<br>**Unit #   W82305**<br>**Expiration:   4/15/24**<br>**Trailer**<br>**1UYVS253XL2936216**<br>**Unit #   W82306**<br>**Expiration:   4/29/24**<br>**Trailer** | **Xtra Lease LLC**<br>**7911 Forsyth Blvd**<br>**Saint Louis, MO 63105** |

Debtor 1    **Off-Spec Solutions, LLC**                                    Case number (*if known*)
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

1UYVS2531L2936217
**Unit #    W82307**
**Expiration:   4/22/24**
**Trailer**
**1UYVS2533L2936218**
**Unit #    W82308**
**Expiration:   4/22/24**
**Trailer**
**1UYVS2535L2936219**
**Unit #    W82309**
**Expiration:   4/29/24**
**Trailer**
**1UYVS2531L2936220**
**Unit #    W82310**
**Expiration:   4/15/24**
**Trailer**
**1UYVS2533L2936221**
**Unit #    W82311**
**Expiration:   4/29/24**
**Trailer**
**1UYVS2535L2936222**
**Unit #    W82312**
**Expiration:   4/15/24**
**Trailer**
**1UYVS2537L2936223**
**Unit #    W82313**
**Expiration:   4/15/24**
**Trailer**
**1UYVS2539L2936224**
**Unit #    W82314**
**Expiration:   4/15/24**
**Trailer**

State the term remaining    **Various**

List the contract number of any
government contract

**Fill in this information to identify the case:**

Debtor name      **Off-Spec Solutions, LLC**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

# United States Bankruptcy Court
## District of Idaho

In re **Off-Spec Solutions, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher A. Salvador<br>15355 Silver Oak Way<br>Caldwell, ID 83607** | **Class A Common** | **1470** | **Membership Shares** |
| **Daniel R. Salvador<br>15343 Moss Creek Way<br>Caldwell, ID 83607** | **Class A Common** | **1470** | **Membership Shares** |
| **Transportation Investors LLC<br>1590 Drew Avenue<br>Davis, CA 95618** | **Preferred** | **34839** | **Membership Shares** |
| **Transportation Investors LLC<br>1590 Drew Avenue<br>Davis, CA 95618** | **Class A Common** | **49376762991** | **Membership Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 5, 2022**

Signature **/s/ Richard Coyle**

**Richard Coyle**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Idaho**

In re   **Off-Spec Solutions, LLC**                                          Case No. _____

                                              Debtor(s)              Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **August  5, 2022** _____        **/s/ Richard Coyle** _____

                                                        **Richard Coyle/President**
                                                        Signer/Title

```
ACCESS INTEGRATION, INC.
2745 S. VICTORY VIEW WAY
SUITE A
BOISE, ID 83709


ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL
P. O. BOX 61128
DALLAS, TX 75261


AETNA
151 FARMINGTON AVE
HARTFORD, CT 06156


AGUILAR, BOBBY S
514 E URSULINE ST
LUBBOCK, TX 79403


AGUON, ANTHONY
3521 LOMBARD AVE
EVERETT, WA 98201


ALLIANCE FUNDING GROUP
17542 17TH STREET
SUITE 200
TUSTIN, CA 92780


ALMLIE, DOUGLAS T
6179 FISHER CREEK CT
LAS VEGAS, NV 89139


AMERICAN EQUIPMENT CO. INC.
1 FLUOR DANIEL DRIVE
SUGAR LAND, TX 77478


AMUR EQUIPMENT FINANCING
304 W 3RD STREET
GRAND ISLAND, NE 68801
```

```
ARMAS, SAMUEL
2517 E SANDGATE
NAMPA, ID 83686


ASHUROV, ALEXANDER O
2711 N COOLWATER AVE
BOISE, ID 83713


B W WRECKER
20 S. GARDEN ST.
BOISE, ID 83705


BALDWIN, KIRSTEN R
15722 N BOISE ST
RATHDRUM, ID 83858


BARRITT, ANTHONY W
6155 CASA LOMA AVE.
LAS VEGAS, NV 89156


BATTAGLIA PRODUCE DIST.
2500 ASHLAND AVE.
CHICAGO, IL 60608


BELDI, JEREMY E
11616 S HARLAN RD
LATHROP, CA 95336


BILLINGS PETERBILT, INC.
P. O. BOX 27634
SALT LAKE CITY, UT 84127


BLUESTAR RETIREMENT SERVICES, INC.
P.O. BOX 2349
PONTE VEDRA BEACH, FL 32004
```

```
BMO HARRIS BANK NA
111 W MONROE STREET
CHICAGO, IL 60603



BOISE PETERBILT
6633 FEDERAL WAY
BOISE, ID 83716



BOOGI HONG DBA MAYA LOGISTICS
1706 E. CULLUMBER ST.
GILBERT, AZ 85234



BORDER 2 BORDER TRUCK REPORTING SERVICE
P. O. BOX 6412
BOISE, ID 83707



BORG, SHANE M
8421 W IDAHO BLVD
LETHA, ID 83636



BOSTON, ANDREE
713 W. KINGHORN DRIVE
NAMPA, ID 83651



BROSNAC, JONATHAN A
2295 FAIRMONT AVE.
CLOVIS, CA 93611



BURGOS, MIGUEL A
5106 TROPICAL RAIN ST.
NORTH LAS VEGAS, NV 89031



BURLEY, MARLIN G
945 N MAPLE GROVE ROAD  #204
BOISE, ID 83704
```

```
CA DEPT OF TAX AND FEE ADMIN
ACCT INFO GROUP MIC 29
P O BOX 942879
SACRAMENTO, CA 95279-0029


CALDWELL PETERBILT
1505 INDUSTRIAL WAY
CALDWELL, ID 83605


CARDENAS, BENAIA P
2451 W BAY POINTE
NAMPA, ID 83651


CARLILE, RODNEY L
303 W 2ND,   PO BOX 182
EDMONSON, TX 79032


CDLLIFE, LLC
1220 WASHINGTON ST.
SUITE 200
KANSAS CITY, MO 64105


CENTRAL FLORIDA EXPRESSWAY AUTHORITY
P.O.BOX 585070
ORLANDO, FL 32858


CHOATE, KEVIN P
2009 FAIROAKS DRIVE
CALDWELL, ID 83605


CHOI, AARON Y
119 GILLIFLOWER AVE
LAS VEGAS, NV 89183


CINTAS
PO BOX 88005
CHICAGO, IL 60680
```

CITY OF NAMPA
P. O. BOX 218
CALDWELL, ID 83606


CLACKAMAS PETERBILT INC.
PO BOX 27634
SALT LAKE CITY, UT 84127


CLARK, COLBY D
713 W KINGHORN DR
NAMPA, ID 83651


CLEAR CREEK FINANCIAL MANAGEMENT
STRIVE WEALTH  PROTECTION P
3597 E MONARCH SKY LANE #24
MERIDIAN, ID 83646


CLIFTON LARSON ALLEN LLP
P. O. BOX 31001-2443
PASADENA, CA 91110


CO-ENERGY
311 N CURTIS
PO BOX 7645
BOISE, ID 83707


COLVITA CREATIVE, LLC
2117 N. 29TH STREET
BOISE, ID 83703


CORPUS, SANTIAGO P
2340 SOUTH MADISON AVENUE
YUMA, AZ 85364


COUTS, CLARENCE HENRY
320 HENDERSON WAY
TONASKET, WA 98855

```
COYLE, RICHARD
1912 N. HARRISON BLVD
BOISE, ID 83702


CRESTMARK FINANCE
5480 CORPORATE DRIVE
SUITE 350
TROY, MI 48098


CROWN SOURCE
10955 LOWELL AVE.
SUITE 600
OVERLAND PARK, KS 66210


CSC.
P. O. BOX 7410023
CHICAGO, IL 60674


DAIMLER TRUCK NORTH AMERICA
4555 N CHANNEL AVE
PORTLAND, OR 97217


DATATAP, LLC
2558 WILLIAMS LANE
HOMEDALE, ID 83628


DAVIS, JAMEL Q
360 MOCKINGBIRD AVE
DOVER, DE 19904


DEEDS, MELVIN W
47 CASCADE CIRCLE
FLORISSANT, CO 80816


DELAPORTE, JAMES
1020 LAKESIDE DR.
LAKE HAVASU CITY, AZ 86406
```

DELAWARE E-ZPASS VIOLATIONS CENTER
DELAWARE DEPT OF TRANSP
P. O. BOX 697
DOVER, DE 19903


DELFINO MADDEN O'MALLEY COYLE KOEWLER
500 CAPITOL MALL
SUITE 1550
SACRAMENTO, CA 95814


DELTA DENTAL OF IDAHO
LB 271372
P.O. BOX 35145
SEATTLE, WA 98124


DIGNARD, NATHANIEL A
1432 E CHAMBERS ST.
PHOENIX, AZ 85040


DIRECT CAPITAL EDI
DIVISION OF CITIBANK
155 COMMERCE WAY
PORTSMOUTH, NH 03801


DUKE, JOHN D
216 HOLIDAY VILLAGES
POINT BLANK, TX 77364


E-470 PUBLIC HIGHWAY AUTHORITY
P. O. BOX 5470
DENVER, CO 80217


EATHERLY, ADAM A
12147 BURGOYNE DR
HOUSTON, TX 77077


ELECTRONIC FUNDS SOURCE LLC
1 HANCOCK STREET
PORTLAND, ME 04101

EMPLOYMENT DEVELOPEMENT DEPT
BANKRUPTCY UNIT MIC 92E
P O BOX 826880
SACRAMENTO, CA 94280-0001


ENTERPRISE SALES INC.
P. O. BOX 159
ONTARIO, OR 97914


ESCUTIA, PASTOR
11498 W MCGRAW DR.
NAMPA, ID 83651


EVANS KEANE LLP
1161 WEST RIVER STREET
SUITE 100
BOISE, ID 83701


EVERHART, KRISTINA K
1720 S ATLANTIC ST
BOISE, ID 83705


EXPLORE INFORMATION SERVICES INC.
P. O. BOX 203489
DALLAS, TX 75320


EXPRESS PRESSURE WASH, INC.
P. O. BOX 3101
NAMPA, ID 83653


FELIX TRUCKING
8891 W TWIN LAKES RD
RATHDRUM, ID 83858


FERRELL, EDDIE
19816 AMHERST AVE
CALDWELL, ID 83605

FIFTH THIRD BANK, NA
38 FOUNTAIN SQUARE PLAZA
1MOBBE
LEEDS, ME 04263


FIFTH THIRD BUSINESS CAPITAL
6111 NORTH RIVER ROAD
DES PLAINES, IL 60018


FLEETNET AMERICA
P. O. BOX 970
CHERRYVILLE, NC 28021


FOLLETT, GINA DIANE
3125 N HIGH DESERT WAY
MERIDIAN, ID 83646


FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A-340
P O BOX 2952
SACRAMENTO, CA 95812-2952


FREIGHTLINER NORTHWEST
277 STEWART ROAD SW
PACIFIC, WA 98047


FROHM, ANASTASIA B
100 MARIA LN  APT. V2
NATCHITOCHES, LA 71457


FUEL MANAGER SERVICES INC.
16005 KINION LAKE ROAD
FAYETTEVILLE, AR 72704


GEM STATE OIL RECOVERY
23344 EL CAMINO PLACE
MIDDLETON, ID 83644

GETTINO, JOSEPH N
1112 E DEWEY AVE.
NAMPA, ID 83686


GLASS MONKEY
PO BOX 45156
BOISE, ID 83711


GOTORO, INC.
280 HIGHWAY 35 SOUTH
SUITE 302
RED BANK, NJ 07701


GREGORY HUNTINGTON
618 W FRISBY STREET
EAGLE, ID 83616


HADDEMAN, WILLIAM J
1212 HOLLY ST
NAMPA, ID 83686


HANSCOM, LAURA E
9886 SHOOTING STAR CT
NAMPA, ID 83715


HCTRA - VIOLATIONS
PO BOX 4440
DEPT 8
HOUSTON, TX 77210


HENDERSON, ERIC E
9116 W LILLYWOOD DR
BOISE, ID 83709


HENDERSON, JESSICA M
9116 W LILLYWOOD DR
BOISE, ID 83709

HERRIN, STEPHEN
412 BLUE LAKE BLVD
TWIN FALLS, ID 83301


HIRERIGHT LLC
P. O. BOX 847891
DALLAS, TX 75284


HOGAN, HARRY A
2428 MADISON AVE
NAMPA, ID 83687


HOJ IDAHO MATERIAL HANDLING
4655 S. FEDERAL WAY
BOISE, ID 83716


HOOPER, DALE B
5103 W PEG ST
BOISE, ID 83705


HOWARD, JOSHUA B
12593 WILSON CREEK RD
MELBA, ID 83641


HOWARD, UNMI
16070 N MERCHANT WAY APT 101
NAMPA, ID 83687


HSI WORKPLACE COMPLIANCE SOLUTIONS, INC.
PO BOX 809321
CHICAGO, IL 60680


HUMPHREY, CHRISTINA L
P O BOX 1610
CALDWELL, ID 83606

HUNSINGER, HILLARY A
24112 ROAD G.2
CORTEZ, CO 81321


HUNTINGTON, GREGORY
6183 W FRISBY STREET
EAGLE, ID 83616


IDAHO 5 LLC
P O BOX 2668
EAGLE, ID 83616


IDAHO STATE TAX COMMISSION
BANKRUPTCY DIVISION
P.O. BOX 36
BOISE, ID 83722


IDAHO TRANSPORTATION DEPARTMENT
VEHICLE SERVICES SECTION
P. O. BOX 34
BOISE, ID 83731


IDAHO TRUCKING ASSOCIATION
3405 E. OVERLAND RD.
SUITE 175
MERIDIAN, ID 83642


INTERMOUNTAIN GAS COMPANY
P.O. BOX 5600
BISMARCK, ND 58506


INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346


IPFS CORPORATION
P. O. BOX 100391
PASADENA, CA 91189

```
J S TRANSPORT, INC.
ATTN:  JOHNNY MARTINEZ
3425 KING STREET
PASCO, WA 99301


J.J. KELLER
P.O. BOX 6609
CAROL STREAM, IL 60197


JACKSON GROUP PETERBILT
LOCKBOX DEPT 880555
P.O. BOX 29661
PHOENIX, AZ 85038


JACKSON GROUP PETERBILT, BOISE
6633 S. FEDERAL WAY
BOISE, ID 83716


JANISH, RICHARD A
10147 MESQUITE
BOISE, ID 83704


JEM TOOLS, LLC
1963 N COOL SPRINGS AVE
KUNA, ID 83634


JESSICA HENDERSON
9116 W. LILLYWOOD DR.
BOISE, ID 83709


JOHN DUKE
216 HOLIDAY VILLAGES
POINT BLANK, TX 77364


JONATHAN BROSNAC
2295 FAIRMONT AVE
CLOVIS, CA 93611
```

JOY, STEVEN R
9184 W BROGAN DRIVE  APT 201
BOISE, ID 83709


JT MCKINNEY CO., INC.
2601 SATURN STREET
BREA, CA 92821


KANSAS TURNPIKE AUTHORITY
PO BOX 5018
WICHITA, KS 67201


KARR TRANSPORTATION
MAIN TERM
4106 HWY 62 EAST
MOUNTAIN HOME, AR 72653


KEY EQUIPMENT FINANCE
1000 MCCASLIN BLVD
SUPERIOR, CO 80027


KLEINSCHMIDT INC.
P. O. BOX 7158
DEERFIELD, IL 60015


L   K TRUCKING
PO BOX 1278
LOLO, MT 59847


LADDA BARKER
3217 MANCHESTER DR.
CALDWELL, ID 83605


LATHAM, DAVID J
9935 W SUSSEX DR
BOISE, ID 83704

LINEAGE LOGISTICS
5200 11THE AVENUE SOUTH
ATTN: MIKE TORREY
GRAND FORKS, ND 58201


LONG, TRAVIS J
8898 92ND ST. S
COTTAGE GROVE, MN 55016


LOVE'S TIRE CARE
P O BOX 842568
KANSAS CITY, MO 64184


LUGO'S WELDING
24224 RICHWAY DR
CALDWELL, ID 83607


LUMEN
CENTURYLLINK
P. O. BOX 52187
PHOENIX, AZ 85072


MAINE TURNPIKE AUTHORITY VIOLATION PROCE
PO BOX 3858
PORTLAND, ME 04104


MALY, GREG L
2552 WOODLAND DR
CHILOQUIN, OR 97624


MARYLAND TRANSPORTATION AUTHORITY
P. O. BOX 12853
PHILADELPHIA, PA 19176


MCKINNEY TRAILER RENTALS
MCKINNEY VEHICLE SVCS INC
P. O. BOX 515574
LOS ANGELES, CA 90051

MCMILLAN, DANNY L
3623 S GARRETT ST
MARSHALL, TX 75672


MCU SPORTS
822 W. JEFFERSON ST.
BOISE, ID 83702


MELE, SCOTT B
11931 W. CRESTED BUTTE CT.
NAMPA, ID 83651


MERCED'S TRUCKING,LLC
12816 S SALORGNE WAY
NAMPA, ID 83686


MERCEDES-BENZ FINANCIAL SERVICES USA LLC
P. O. BOX 5261
CAROL STREAM, IL 60197


METLIFE, INC.
200 PARK AVENUE
NEW YORK, NY 10166


MICKEY, LEROY A
1701 EVERETT #3
CALDWELL, ID 83605


MIICOR INC.
3286 S. NORFOLK WAY
BOISE, ID 83706


MIKE ARNOLD
1911 SPIRIT WOOD LANE
EDMOND, OK 73025

```
MINERT   ASSOCIATES INC.
P.O. BOX 568
MERIDIAN, ID 83680


MOORE, ROBERT L
713 W KINGHORN DR
NAMPA, ID 83651


MSP LOGISTICS
EXPRESS CAPITAL SOLUTIONS LL
738 E. CASAD ST.
COVINA, CA 91723


MUSE, COREY M
4912 COCOA AVENUE
RENO, NV 89506


NATIONAL INTERSTATE INS. CO.
3250 INTERSTATE DRIVE
RICHFIELD, OH 44286


NELSON, ANTHONY P
4906 MEREDETH STREET
LINCOLN, NE 68506


NELSON, LINDA
4529 GLADSTONE ST
LINCOLN, NE 68504


NEWKIRK, DWAYNE
483 W YOSEMITE DR.
MERIDIAN, ID 83646


NORCO
PO BOX 35144
SEATTLE, WA 98124
```

NORTH TEXAS TOLLWAY AUTHORITY
P. O. BOX 660244
DALLAS, TX 75266


NORTHWEST EQUIPMENT SALES   LEASING INC.
2405 S JANEEN ST
BOISE, ID 83709


NORTHWEST OCCUPATIONAL MEDICINE
6140 W. CURTISIAN
STE 400
BOISE, ID 83704


NOVAH TRUCKING, LLC
PO BOX 263
COCOLALLA, ID 83813


OKLAHOMA TURNPIKE AUTHORITY
ENFORCEMENT BRANCH
P. O. BOX 11255
OKLAHOMA CITY, OK 73136


OKONOFUA, PETER O
7566 JOHN T.WHITE RD
FORT WORTH, TX 76120


OREGON DEPART OF REVENUE
P. O. BOX 14730
SALEM, OR 97309


OREGON DEPARTMENT
OF TRANSPOORTATION
3930 FAIRVIEW INDUSTL DR SE
SALEM, OR 97302


OREGON DEPT OF ENVIR QUALITY
DEQ - CRIS
P. O. BOX 3052
PORTLAND, OR 97208

OTA-PLATEPAY
PO BOX 248935
OKLAHOMA CITY, OK 73124


PACCAR FINANCIAL
777 106TH AVE
BELLEVUE, WA 98004


PAUL'S TRUCK WASH
500 A TRUCK INN WAY
FERNLEY, NV 89408


PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS, CO 80525


PENSKE
2555 SOUTH TELEGRAPH ROAD
BLOOMFIELD HILLS, MI 48302


PERITORE, CESARE F
1858 68TH ST.
BROOKLYN, NY 11204


PERSON, WESLEY A
229 MANSION PKWY
NEW CASTLE, DE 19720


PETERBILT BOISE
6633 FEDERAL WAY
BOISE, ID 83716


PETERBILT CALDWELL
1505 INDUSTRIAL WAY
CALDWELL, ID 83605

```
PETERBILT IDAHO FALLS
4460 W ANDCO DR
IDAHO FALLS, ID 83402


PETERBILT OF JEROME
302 E. FRONTAGE RD. N.
JEROME, ID 83338


PETERBILT OF UTAH
P. O. BOX 27634
SALT LAKE CITY, UT 84127


PETERBILT ONTARIO
588 S.E. 1ST AVE
ONTARIO, OR 97914


PILOT FLYING J
5508 LONAS DRIVE
KNOXVILLE, TN 37939


PINCZKOWSKI, MATTHEW R
2147 CENTRAL AVE #11
CANON CITY, CO 81212


PITTMAN TOWING
1441 W. UNIVERSITY WAY
ELLENSBURG, WA 98926


PREMIER TRUCK GROUP
OF AMARILLO
PO BOX 30130
AMARILLO, TX 79120


PREPASS
P. O. BOX 52774
PHOENIX, AZ 85072
```

```
PRIMARY HEALTH MED GROUP UC
10482 W. CARLTON BAY DR.
GARDEN CITY, ID 83714



PURDY'S TOWING
PO BOX 532
WELCHES, OR 97067



RAMIREZ, MARIO
11277 W BODIE RIVER LOOP
NAMPA, ID 83686



RANDALL-REILLY, LLC
P. O. BOX 2029
TUSCALOOSA, AL 35403



RENEGADE SERVICES, LLC
2672 2ND ST S
NAMPA, ID 83686



RICHARD COYLE
1912 N HARRISON BLVD
BOISE, ID 83702



RIGHTEOUS SIGNS AND DESIGNS
35 S. DRIFTER LOOP
NAMPA, ID 83651



RISK MANAGEMENT SERVICES
ARTHUR J. GALLAGHER
2850 GOLF ROAD
ROLLING MEADOWS, IL 60008



RIVERA, LUIS A
9110 EAST IRLO BRONSON
MEMORIAL HWY
SAINT CLOUD, FL 34773
```

RIVERLINK
PO BOX 70
PERRY, NY 14530


ROBERT A. BEARSE
852 E. FOLGADO CT.
KUNA, ID 83634


ROBERT PETTIT, CIC, CRM
RISK ADVISOR ARTHUR GALLAGHE
6967 S RIVER GATE DR #200
MIDVALE, UT 84047


ROCKY MOUNTAIN COMPANIES
350 N 9TH STREET, SUITE 200
BOISE, ID 83702


ROGERS, ERIC R
212 B RICO LANE
BERNALILLO, NM 87004


ROSE, CARLA
314 JOHNSON DR
NAMPA, ID 83687


RUSH TRUCK CENTER BOISE
RUSH ENTERPRISES
555 IH 35 SOUTH, SUITE 500
NEW BRAUNFELS, TX 78130


RYDER CORPORATION
11690 NW 105TH STREET
MIAMI, FL 33178


SAFELITE FULFILLMENT, INC.
P. O. BOX 633197
CINCINNATI, OH 45263

SAFETY-KLEEN SYSTEMS INC
P. O. BOX 975201
DALLAS, TX 75397


SAMBA HOLDINGS, INC.
DEPT LA 24536
PASADENA, CA 91185


SAMG OCCUPATIONAL MED EMERALD
6051 W.  EMERALD ST.
BOISE ID 83704


SAMSARA INC.
350 RHODE ISLAND STREET
4TH FLOOR, SOUTH BUILDING
SAN FRANCISCO, CA 94103


SCHELL, ACACIA D
3506 E SUTTON AVE
NAMPA, ID 83686


SHAFER, DONALD J
1212 S 5TH ST.
TUCUMCARI, NM 88401


SHAFFER, JOHN
1816 1ST AVE SOUTH
PAYETTE, ID 83661


SHERRILL, MICHAEL D
172 GRANDVIEW DR.
TWIN FALLS, ID 83301


SHERRILL, TIMOTHY M
PO BOX 2571
TWIN FALLS, ID 83303

SHOAF, JAMES M
1828 WOOD AVE
BURLINGTON, NC 27215


SHOP EQUIPMENT SPECIALTIES LLC
612 1ST ST S
NAMPA, ID 83651


SIRIKORN BURLISON
11477 W. MCGRAW DR.
NAMPA, ID 83651


SLEEP INN
1315 INDUSTRIAL RD.
NAMPA, ID 83687


SMITH, ALMA C
4855 ROAD 41
MANCOS, CO 81328


SNOWDEN, JOE
1606 BEL AIR CIRCLE
TWIN FALLS, ID 83301


SO. CONNECTOR SERVICE CENTER
ATTN: VIOLATIONS
P. O. BOX 408
PIEDMONT, SC 29673


SPARKLIGHT
P. O. BOX 78000
PHOENIX, AZ 85062


STATE OF ARKANSAS
DEPT OF FINANCE
PO BOX 896 RM 2340
LITTLE ROCK, AR 72203

```
STOEL RIVES LLP
101 S. CAPITOL BLVD
SUITE 1900
BOISE, ID 83702


STOODLEY, DALE L
1754 W OAKLEY WAY
KUNA, ID 83634


STRASSNER, CHARLES H
3099 E. SOMERSET DR.
SPANISH FORK, UT 84660


STREBE, SHELDEN S
1940 BRUNETTI WAY
SPARKS, NV 89431


STROUGHTER, DAKOTA E
206 S VALLEY DR.
NAMPA, ID 83686


STULTS, THOMAS L
415 S COTTERELL DR
BOISE, ID 83709


SUNPASS
TOLL-BY-PLATE: FDOT
7941 GLADES ROAD
BOCA RATON, FL 33434


SUPER 8 NAMPA
624 NORTHSIDE BLVD.
NAMPA, ID 83687


SYKES, EDMUND S
403 2ND STREET
UNDERWOOD, ND 58576
```

TACOMA SCREW PRODUCTS INC.
2001 CENTER STREET
TACOMA, WA 98409


TENN DEPT OF SAFETY
  HOMELAND
P. O. BOX 24589
NASHVILLE, TN 37202


TENSTREET  LLC
5121 S. WHEELING AVE
SUITE 200
TULSA, OK 74105


TEXAS COMPTROLLER
OF PUBLIC ACCOUNTANTS
P O BOX 149348
AUSTIN, TX 78714


THE CENTRAL VALLEY FUND II
1590 DREW AVENUE
SUITE 110
DAVIS, CA 95618


THE CENTRAL VALLEY FUND III
1590 DREW AVENUE
SUITE 110
DAVIS, CA 95618


THE TOLL ROADS VIOLATION DEP
P. O. BOX 57011
IRVINE, CA 92619


THORNTON, ARWYN K
181 N LIBERTY #14
BOISE, ID 83704

```
THRIVE WEB DESIGNS
1020 W. MAIN ST.  #305
BOISE, ID 83702


TOBIAS, JOSHUA G
525 6TH STREET NORTH
NAMPA, ID 83687


TONY EASTER
5324 WAR EAGLE RD.
CALDWELL, ID 83607


TRANSFLO
PO BOX 88319
MILWAUKEE, WI 53288


TRAVELERS CL REMITTANCE CENTER
P. O. BOX 660317
DALLAS, TX 75266


ULINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680


US BANK EQUIP FINANCE
P. O. BOX 790448
ST LOUIS, MO 63179


US BANK EQUIPMENT FINANCE
1310 MADRID STREET
SUITE 100
SAINT LOUIS, MO 63179


US SMALL BUSINESS ADMINISTRA
455 MARKET STREET
SAN FRANCISCO, CA 94105
```

UTILITY TRAILER SLS OF BOISE
P.O. BOX 15357
BOISE, ID 83715


VERIZON WIRELESS
140 W STREET
NEW YORK, NY 10007


WALKER, LACHIL C
110 TIFF LANE
ELIZABETH, NC 27909


WALLACE E OXENDINE
122 MILTON DR
MAXTON, NC 28364


WAYMENT, BRAEDEN M
11077 WEST FAITH ST
NAMPA, ID 83651


WCF INSURANCE
PAYMENT PROCESSING CENTER
P O BOX 26488
SALT LAKE CITY, UT 84126


WEINTRAUB / TOBIN
400 CAPITOL MALL  ELEVENTH FL
SACRAMENTO, CA 95814


WELLS FARGO BANK
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104


WELTY, JOAN
1185 E AMITY RD
MERIDIAN, ID 83642

WESTERN IDAHO FREIGHTLINER
1214 FRANKLIN BLVD.
NAMPA, ID 83687


WEX, INC.
6111 NORTH RIVER ROAD
DES PLAINES, IL 60018


WHEELS INSURANCE LTD.
P O BOX 10027
GRAND CAYMEN KY1-1001
CAYMEN ISLANDS


WHIP AROUND, INC.
6302 FAIRVIEW ROAD
CHARLOTTE, NC 28210


WIN DISTRIBUTION
9575 REDWOOD STREET
LAS VEGAS, NV 89139


WINCO FOODS, LLC
PO BOX 5756
BOISE, ID 83705


XTRA LEASE LLC
7911 FORSYTH BLVD
SAINT LOUIS, MO 63105


ZURICH NORTH AMERICA
3093 PAYSPHERE CIRCLE
CHICAGO, IL 60674

# United States Bankruptcy Court
### District of Idaho

In re   **Off-Spec Solutions, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Off-Spec Solutions, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Transportation Investors LLC
1590 Drew Avenue
Davis, CA 95618**

☐ None [*Check if applicable*]

**August  5, 2022**

Date

**/s/ Chad R. Moody**

**Chad R. Moody**

Signature of Attorney or Litigant
Counsel for   **Off-Spec Solutions, LLC**

**Johnson May
199 N. Capitol Blvd, Ste 200
Boise, ID 83702
208-384-8588 Fax:208-629-2157
info@johnsonmaylaw.com**