5/06
Form: Pro Hac Vice

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re: OFF-SPEC SOLUTIONS, LLC, dba

COOL MOUNTAIN TRANSPORT,

Debtors

Case No.
Chapter No.
APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010.1 of the United States Bankruptcy Court for the District of Idaho, Jason E. Rios, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Debtor Off-Spec Solutions, LLC, dba Cool Mountain Transport.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Sacramento County, California, and practices at the following address and phone number 500 Capitol Mall, Suite 2250, Sacramento, CA 95814; 916-329-7400

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| 9th Circuit Court of Appeals | July 17, 2007 |
| US District Court, Eastern District of California | December 7, 1997 |
| US District Court, Northern District of California | November 20, 1998 |
| US District Court, Central District of California | April 12, 2000 |
| US District Court, Southern District of California | April 11, 2000 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Chad R. Moody, a member in good standing of the bar of this court, of the firm of Johnson May, practices at the following office address and phone number: 199 N. Capitol Boulevard, Suite 200, Boise, ID 83702; 208-384-8588

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 3rd day of August, 2022.

Applicant                                Designee

Signed under penalty of perjury.