5/06
Form: Pro Hac Vice

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

OFF-SPEC SOLUTIONS, LLC, dba COOL MOUNTAIN TRANSPORT,

　　　　　　　　　Debtor.

Case No. 22-00346-NGH

Subchapter V

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Bankruptcy Rule 9010.1 of the United States Bankruptcy Court for the District of Idaho, Michael M. Eidelman of Vedder Price P.C., hereby applies for admission pro hac vice to appear and participate in this case on behalf of Fifth Third Bank, N.A.

The applicant hereby attests under penalty of perjury, as follows:

1. Applicant resides in Chicago, Cook County, Illinois, and practices at the following address and phone number 222 N. LaSalle Street, Suite 2300 Chicago, IL 60601; (312) 609-7636.

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| IL State Court | 5/13/1988 |
| U.S. District Court for the Northern District of IL | 8/31/1988 |
| U.S. District Court for the Eastern District of MI | 10/1/2004 |
| U.S. District Court for the Western District of MI | 5/19/2008 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred, or subject to any pending disciplinary proceedings in any other courts.

5. Randall A. Peterman, a member in good standing of the bar of this court, of the firm of Givens Pursley LLP, practices at the following office address and phone number: 601 W Bannock St Boise, ID 83702; (208) 388-1228

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 8th day of August, 2022.

/s/ Michael M. Eidelman　　　　　　　　　　/s/ Randall A. Peterman
Applicant　　　　　　　　　　　　　　　　　Designee

Signed under penalty of perjury.