Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
JOHNSON MAY
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
       crm@johnsonmaylaw.com

Jason E. Rios, CA State Bar No. 190086
*(Pro Hac Vice Forthcoming)*
FELDERSTEIN FITZGERALD
WILLOUGHBY PASUZZI & RIOS, LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Phone: (916) 329-7400
Fax: (916) 329-7435
Email: jrios@ffwplaw.com

*Attorneys for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>OFF-SPEC SOLUTIONS, LLC, dba COOL MOUNTAIN TRANSPORT,<br><br>Debtor. | Case No. 22-00346-NGH<br><br>Chapter 11<br>Subchapter V |

## APPLICATION TO EMPLOY CONSULTANT

**Notice of Application to Employ Consultant and
Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

APPLICATION TO EMPLOY CONSULTANT – 1

> Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

The Debtor in Possession, Off-Spec Solutions, LLC dba Cool Mountain Transport (together, the "Debtor" or "Applicant"), makes this application to the Court to approve the employment of CFO Solutions, LLC dba Ampleo, 13601 W. McMillan Road, #102, PMB 320, Boise, Idaho 83713, ("Company"), including Paul Judge ("Consultant" or "Mr. Judge") of the Company, as a professional for the Debtor to specifically provide the services noted below, and in support thereof respectfully states the following:

1. Debtor has filed a petition initiating a case seeking relief under Chapter 11 of the Bankruptcy Code and are currently in possession of their property and operation of their business.

2. The Debtor in its business judgement has determined that it requires the services provided by the Company and Mr. Judge for ongoing restructuring and reorganization services, and to assist with the duties imposed on debtors in possession under the bankruptcy code. The Debtor believes it is necessary and in its best interests of its creditors to employ the Company to assist Debtor with the financial responsibilities in preparing and administering a chapter 11 case, prepare necessary budgets and reporting, prepare a plan of reorganization, communicate with creditors, and assist in the administration and required deliverables of the company through the reorganization.

3. The Debtor believes that the Company and Mr. Judge, a professional restructuring and financial advisory company, possess the requisite knowledge and expertise to provide these services. The Company and Mr. Judge, as applicable, have stated their desire and willingness to act in this capacity in this case and render the necessary professional services as restructuring advisor and consultant for the Debtor.

APPLICATION TO EMPLOY CONSULTANT – 2

4. Pursuant to 11 U.S.C. § 1107 and § 327, the Debtor wishes to employ the Company to render professional services for it as a debtor in possession. The services to be provided by the Company are detailed in **Exhibit A** ("Engagement Letter"), attached hereto.

5. The Debtor has determined that the Company and Mr. Judge have the necessary and sufficient experience to provide the services outlined in this Application.

6. The Debtor proposes that the Company shall be compensated on an hourly basis, including reimbursement of costs and expenses from an initially funded retainer of $25,000.00, as outlined in the Engagement Letter. Payment of any compensation or application of any retainer funds requires and is subject to bankruptcy court approval of a separately filed application seeking compensation for services completed for the Debtor.

7. To the best of the Debtor's knowledge, the proposed Company has no connection with the Debtor, the creditors, or any other party in interest, or with their respective attorneys or consultants other than those indicated in the *Declaration of Paul Judge in Support of Debtor's Motion for Authorization to Use Cash Collateral* ("Declaration of Paul Judge"), which is filed concurrently with this Application.

8. To the best of the Debtor's knowledge, the proposed Company does not hold any interest adverse to this estate in the matters upon which they are to be engaged, and this employment would be in the best interest of Debtor and its creditors.

WHEREFORE, the Debtor prays that an order be entered authorizing the employment of CFO Solutions, LLC dba Ampleo, upon the terms and conditions described in this Application, with the exact amount paid to said professionals to be determined by the court in compliance with the Bankruptcy Code.

APPLICATION TO EMPLOY CONSULTANT – 3

DATED this __8__ day of August, 2022.

                                                        */s/ Richard Coyle*
                                                        Richard Coyle
                                                        For: Off-Spec Solutions, LLC dba Cool Mountain Transport

APPLICATION TO EMPLOY CONSULTANT – 4

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of August, 2022, I filed the foregoing APPLICATION TO EMPLOY CONSULTANT electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Chad R. Moody | crm@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Jason R. Naess | Jason.r.naess@usdoj.gov |
| Randall A. Peterman | rap@givenspursley.com |

Any others as listed on the Court's ECF Notice.

I FURTHER CERTIFY that the foregoing was served via US Mail, postage prepaid, on all creditors listed on the mailing matrix attached hereto.

    /s/ Chad Moody
Chad R. Moody

APPLICATION TO EMPLOY CONSULTANT – 5

AETNA
151 FARMINTON AVE
HARTFORD, CT 06156

CDL LIFE, LLC
1220 WASHINGTON ST.
SUITE 200
KANSAS CITY, MO 6415

PETERBUILT CALDWELL
1505 INDUSTRIAL WAY
CALDWELL, IDAHO 83605

CO-ENERGY
311 N CURTIS
PO BOX 7645
BOISE, ID 83707

COLVITA CREATIVE, LLC
2117 N 29TH ST
BOISE, ID 83703

FLEET NET AMERICA
PO BOX 970
CHERRYVILLE, NC 28021

GOTORO, INC
280 HWY 35 SOUTH
SUITE 302
OSCEOLA, WI 54020

LOVE'S TIRE CARE
PO BOX 842568
KANSAS CITY, MO 64184

NATIONAL INTERSTATE INS CO
3250 INTERSTATE DR
RICHFIELD, OH 44286

OREGON DEPT OF TRANSPORTATION
3930 FAIRVIEW INDUSTRIAL DR SE
SALEM, OR 97302

PAUL'S TRUCK WASH
500 A TRUCK INN WAY
FERNLEY, NV 89408

PENSKE
2555 S TELEGRAPH RD
BLOOMFIELD HILLS, MI 48302

PETERBILT BOISE
6633 FEDERAL WAY
BOISE, ID 83716

PREMIER TRUCK GROUP OF AMARILLO
PO BOX 30130
AMARILLO, TX 79120

RISK MANAGEMENT SERVICES
ARTHUR J. GALLAGHER
2850 GOLF RD
ROLLING MEADOWS, IL 60008

ROCKY MOUNTAIN COMPANIES
350 N 9TH ST, SUITE 200
BOISE, ID 83702

RYDER CORPORATION
11690 NW 105TH ST
MIAMI, FL 33178

VERIZON WIRELESS
140 WEST ST
NEW YORK, NY 10007

WELLS FARGO BANK
420 MONTGOMERY ST
SAN FRANCISCO, CA 94104

XTRA LEASE LLC
7911 FORSYTH BLVD
SAINT LOUIS, MO 63105

# EXHIBIT A

Jul 22, 2022

Richard Coyle, CEO
Off Spec Solutions, LLC dba Cool Mountain Transport
P.O. Box 48
Nampa, ID 83651

Re: Letter of Engagement of Amplēo

I. Introduction

This letter confirms that CFO Solutions, LLC dba Amplēo ("Amplēo"), has been retained by Off Spec Solutions, LLC dba Cool Mountain Transport ("Client").

As a consultant, Amplēo shall provide Client with the scope of services in section 2. As used herein, "you", "your" and related terms will refer to Client, '"we","ours" and '"us" and related terms will refer to Amplēo. This letter of engagement (the "Engagement"), plus, any court of law the parties are subject to, ("the Court"), any Orders entered by such Court in connection with our employment, and the attached Standard Terms and Conditions constitute the entire engagement agreement (the "Agreement") pursuant to which such Services (defined below) will be provided.

2. Scope of Services

Amplēo will assist the Client in preparing for and administering a Chapter 11 Sub-chapter V bankruptcy filing. Amplēo will help prepare filing schedules, prepare a plan of reorganization, communicate with creditors, and assist in the administration of the company through the bankruptcy and reorganization.

3. Fees and Expenses

<u>Compensation for Services.</u> As compensation for providing Services hereunder, Client shall pay Amplēo's fees based on an hourly rate schedule and the level of staff required to complete our Services plus reasonable out-of-pocket expenses.

Amplēo will invoice Client for services performed within 10 days following month-end for Services provided the prior month. Fees are due within 10 days after receipt of invoice, or as awarded by the bankruptcy court.

Amplēo reserves the right to suspend further work if invoices are not paid within 30 business days. In the event that Amplēo suspends its Services Amplēo shall not be responsible or liable for any resulting loss

_____
**CFO Solutions, LLC dba Amplēo**
13601 W. McMillan Rd. #102 PMB 320, Boise, ID 83713
208-724-2257
www.ampleo.com

Document Ref: EGV9L-HE4HY-WSZPQ-WOFZP    Page 1 of 9

damage or expense due to such suspension.

Our current hourly rate schedule is set forth on Schedule B on the attached Standard Terms and Conditions.

Note that Amplēo does not provide any assurance regarding the outcome of our work and our fees will not be contingent on the results of such work. Services performed will be billed in one-tenth hour increments and contain summary narrative detail.

We charge travel time at ½ of actual time incurred.

Out of Pocket Expenses: Client agrees to reimburse Amplēo for reasonable out-of-pocket expenses that are incurred on Client's behalf during this Engagement, including, but not limited to, airfare (with Clients's prior approval), mileage, meals, and hotel accommodations (with Client's prior approval) and other similar costs and expense.

Amplēo will not charge any markup, overhead, profit or other fees on the reimbursable expenses. Any state, local, sales or use taxes will be added to the invoice and collected by Amplēo.

Retainer: A retainer of $25,000 will be paid to Amplēo by Client upon execution of this agreement. The retainer will be applied toward the final invoice, and any remaining credit balance will be refunded to Client.

4. Limitations on Services

Amplēo's Services are limited to those specifically noted in this Agreement and do not include accounting, tax-preparation assistance, or advisory services except as specifically described herein. Amplēo will not be expressing any professional opinions on financial statements or perform attest procedures with respect to other information in conjunction with this engagement. Amplēo's services are not designed, nor should they be relied on, to disclose weaknesses in internal controls, financial statement errors, irregularities, or illegal acts. Amplēo will, however, inform you of any irregularities, or illegal acts that do come to our attention incidental to our assistance.

5. Terms and Conditions

The attached Standard Terms and Conditions set forth the duties of each party with respect to the Services.

This letter and the Standard Terms and Conditions attached and any Order entered by the Court approving our engagement comprise the entire Agreement for the provision of the Services to the exclusion of any other express or implied terms, whether expressed orally or in writing, including any conditions, warranties

---

and representations, and shall supersede all previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services.

6. Personnel Issues

All of Amplēo's agents and employees furnished by Amplēo to perform the Services (collectively, "Personnel") are and will remain Amplēo's agents and employees and, under no circumstances, will any Personnel furnished by Amplēo be deemed to be Client employees. Amplēo is solely responsible, at Amplēo's sole cost and expense, for (i) the fulfillment of all obligations to Personnel and (ii) the compliance by Amplēo and Personnel with this Agreement and all laws, regulations, orders and other governmental requirements applicable to performance of the Services.

7. Acknowledgement and Acceptance.

Please acknowledge your acceptance of the terms of this Agreement and the attached Standard Terms and Conditions by signing both the confirmation below.

If you have any questions regarding this letter, the accompanying schedules or Standard Terms and Conditions, please do not hesitate to contact me at 208-724-2257.

Very truly yours,


Matthew R. McKinlay
Partner
CFO Solutions, LLC dba Amplēo

_____
CFO Solutions, LLC dba Amplēo
13601 W. McMillan Rd. #102 PMB 320, Boise, ID 83713
208-724-2257
www.ampleo.com

Document Ref: EGV9L-HE4HY-WSZPQ-WOFZP                                                                                      Page 3 of 9

**Confirmation of Terms of Engagement**

==Off Spec Solutions, LLC dba Cool Mountain Transport== to engage CFO Solutions LLC dba Amplēo on the terms set forth herein and in the attached Standard Terms and Conditions.

*Richard Coyle*
_____
By:

07 / 28 / 2022
_____
Date

*Matt McKinlay*
_____
Amplēo:

07 / 23 / 2022
_____
Date

_____
CFO Solutions, LLC dba Amplēo
13601 W. McMillan Rd. #102 PMB 320, Boise, ID 83713
208-724-2257
www.ampleo.com

# CFO Solutions, LLC dba Amplēo
# STANDARD TERMS AND CONDITIONS

The following are the Standard Terms and Conditions on which Amplēo will provide the Services set forth within the attached letter of engagement dated as of Jul 22, 2022. The engagement letter (the "Letter" and the Standard Terms and Conditions collectively the "Agreement") form the entire agreement between the parties relating to the Services and replace and supersede any previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services. Capitalized terms used herein shall have the meanings given them in the Letter unless otherwise defined herein.

## 1. Work Product

1.1 Deliverables. Materials or reports prepared in connection with Amplēo's engagement hereunder ("Deliverables") may contain factual data, the interpretation of which may change over the case term as more information becomes available. It is understood and acknowledged that Amplēo shall not have an obligation to update the Deliverables as part of its Services hereunder in the event of such a change. Amplēo will communicate its findings and observations, together with any recommendations solely to Client unless otherwise directed by Client.  Any decisions to implement such recommendations will be solely those of Client.

## 2. Information and Assistance

2.1 Provision of information and assistance. Our performance of the Services is dependent on the data available by the client, information provided by the personnel available on site and the support of outside professionals and service providers.

2.2 No assurance on financial data. While our work may include an analysis of financial and accounting data, the Services will not include an audit, compilation or review of any kind of any financial statements or components thereof. Amplēo will not examine or compile or verify any such financial information. Moreover, the circumstances of the Engagement may cause our advice to be limited in certain respects based on, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period.  Accordingly, as part of this Engagement, Amplēo will not express any opinion or other form of assurance on financial statements of Client.

2.3 Prospective financial information. In the event the Services involve prospective financial information, our work will not constitute an examination or compilation, or apply agreed-on procedures, in accordance with standards established by the American Institute of Certified Public Accountants or otherwise, and Amplēo

---
CFO Solutions, LLC dba Amplēo
13601 W. McMillan Rd. #102 PMB 320, Boise, ID 83713
208-724-2257
www.ampleo.com

will express no assurance of any kind on such information. There will usually be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material. We will take no responsibility for the achievability of projected results.

### 3. Warranty

3.1 <u>Standards of Performance.</u> Amplēo represents and warrants that all Services shall be performed in accordance with standards of skill and care generally observed by "turnaround" consultants of recognized national standing in the United States and in conformity with the Code of Ethics of the Association of Certified Turnaround Professionals and Turnaround Management Association.

3.2 <u>Limited Warranty.</u> THE ABOVE WARRANTY IS OUR ONLY WARRANTY CONCERNING THE SERVICES AND ANY DELIVERABLES, AND IS MADE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ALL OF WHICH ARE HEREBY DISCLAIMED.

### 4. Termination

4.1 <u>Termination of Engagement with notice.</u> You may terminate the Agreement for whatever reason on written notice to us. On receipt of such notice, Amplēo will stop all work immediately but Client will be responsible for all fees and expenses incurred by Amplēo through the date the termination notice is received.

4.2 <u>Continuation of terms.</u> The terms of the Engagement that by their context are intended to be performed after termination or expiration of this Agreement, including but not limited to Section 3 of the Engagement letter and Sections 5 through 7 of the Standard Terms and Conditions, are intended to survive such termination or expiration and shall continue to bind all parties.

### 5. Waiver of Jury Trial

5.1 <u>Waiver of Jury Trial.</u> TO FACILITATE JUDICIAL RESOLUTION AND SAVE TIME AND EXPENSE, Client AND Amplēo IRREVOCABLY AND UNCONDITIONALLY AGREE NOT TO DEMAND A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THE SERVICES OR ANY SUCH OTHER MATTER.

### 6. Governing Law and Jurisdiction.
This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Idaho applicable to agreements made and to be performed wholly within such jurisdiction.

---

**7. Miscellaneous Provisions**

7.1 <u>Assignment.</u>  This Agreement shall inure to the benefit of the parties and their successors and permitted assigns.  Neither party may assign this Agreement, in whole or in part, without the prior written consent of the other. Any attempt to make such an assignment shall be void.

7.2 <u>Complete Agreement.</u>  This Agreement constitutes the complete agreement and understanding between the parties and supersedes all prior agreements and understandings between the parties with respect to the subject matter hereof.  This Agreement may be modified only in writing, signed by both parties, which specifically identifies this Agreement by name and date.

7.3 <u>No Third Party Benefit.</u>  This Agreement is made solely for the benefit of the parties hereto, and no third party shall acquire any claim against Amplēo as a result of this Agreement.

7.4 <u>Invalidity: Severability.</u>  If any provisions of this Agreement shall for any reason be held by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision hereof, and this Agreement shall be construed to give effect as nearly as possible to the intent of the parties. The parties agree to work together to replace such invalid, illegal or unenforceable provision as promptly as possible with a provision that is valid, legal and enforceable.

7.5 <u>Even Construction.</u>  The parties acknowledge that this Agreement was the subject of fair negotiation between parties adequately represented by counsel of their choice. Neither party shall be considered the "drafter" of this Agreement for the purpose of construing any of its terms and conditions.

7.6 <u>Headings.</u>  Article and Section headings and numbers are provided for convenience only, and shall not affect the construction or interpretation of this Agreement.

7.7 <u>Days.</u>  References to "days" or a "day" shall mean a calendar day, unless otherwise stated.

7.8 <u>Notices.</u>  Any notice or communication required to be given by either party to this Agreement shall be in writing and shall be hand delivered or sent by certified mail, return receipt requested, or by confirmed facsimile transmission to the addresses set forth in this Agreement or such other address as either party may specify to the other.

7.9 <u>Hold Harmless / Indemnification / No Liability</u>. Client shall indemnify Ampleo on the same terms as provided to its other officers and directors under the Client's articles of incorporation, bylaws, operating agreements or other corporate governing documents. Ampleo shall have no liability to the Client or its

---

owners for loss or diminution of value of or damage to the Client or its assets unless the loss, diminution in value, or damage is caused by an act or willful negligence or fraud.

_____
**CFO Solutions, LLC dba Amplēo**
13601 W. McMillan Rd. #102 PMB 320, Boise, ID 83713
208-724-2257
www.ampleo.com

Document Ref: EGV9L-HE4HY-WSZPQ-WOFZP                                                                                        Page 8 of 9

## Schedule B
## Rates

Paul Judge: $250 per hour. Other associates may be called upon to assist at their prevailing rates.



### Paul Judge
CFO

Profile: https://ampleo.com/the-team/paul-judge/

Paul is a seasoned early-stage and turn-around CFO who partners with CEO's, Executives and Board Members to best position companies for success. Having been from startup to IPO twice serving as a founder, CFO, CEO and Board Member, he understands what success looks like and how to get there. If Paul has super-powers, it's in the areas of team building, financial modeling, fund raising, and capitalization structure.

Paul is an active member of several Angel Investor and mentoring groups in Washington, Idaho and Utah, refining his skills and keeping him close to the market. He has an MBA from George Washington University, and a BS in Business Administration from Pepperdine University. Paul lives in Boise, Idaho where he enjoys skiing, hiking, and supporting his family's many activities.

___

**CFO Solutions, LLC dba Ampleō**

13601 W. McMillan Rd. #102 PMB 320, Boise, ID 83713

208-724-2257

www.ampleo.com

# Signature Certificate

Reference number: EGV9L-HE4HY-WSZPQ-WOFZP

| Signer | Timestamp | Signature |
|---|---|---|
| **Matt McKinlay**<br>Email: mmckinlay@ampleo.com | | |
| Sent:<br>Viewed:<br>Signed: | 26 Jul 2022 21:04:47 UTC<br>26 Jul 2022 21:05:55 UTC<br>26 Jul 2022 21:06:06 UTC | Matt McKinlay |
| **Recipient Verification:**<br>✔Email verified | 26 Jul 2022 21:05:55 UTC | IP address: 107.115.41.28<br>Location: Las Vegas, United States |
| **Richard Coyle**<br>Email: rcoyle@coolmtntransport.com | | |
| Sent:<br>Viewed:<br>Signed: | 26 Jul 2022 21:04:47 UTC<br>28 Jul 2022 16:58:46 UTC<br>28 Jul 2022 16:59:12 UTC | Richard Coyle |
| **Recipient Verification:**<br>✔Email verified | 28 Jul 2022 16:58:46 UTC | IP address: 63.151.244.50<br>Location: Boise, United States |

Document completed by all parties on:

28 Jul 2022 16:59:12 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

