Matthew T. Christensen, ISB: 7213
Chad R. Moody, ISB: 9946
JOHNSON MAY
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com
         crm@johnsonmaylaw.com

Jason E. Rios, CA State Bar No.190086
(*Pro Hac Vice*)
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Phone: (916) 329-7400
Fax: (916) 329-7435
Email:  jrios@ffwplaw.com

*Attorneys for Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>OFF-SPEC SOLUTIONS, LLC, dba COOL MOUNTAIN TRANSPORT,<br><br>Debtor. | Case No. 22-00346-NGH<br><br>Chapter 11<br>Subchapter V |

### NOTICE OF CHANGE OF ADDRESS AND CERTIFICATE OF SERVICE

The Debtor, by and through its counsel of record, FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP, gives notice of the following returned mail and change of addresses:

//

//

NOTICE OF CHANGE OF ADDRESS AND CERTIFICATE OF SERVICE – Page 1

| FROM: | TO: |
|---|---|
| PrePass<br>P. O. Box 52774<br>Phoenix, AZ 85072 | **PrePass**<br>**101 E Washington Street, Suite 500.**<br>**Phoenix, AZ 85004** |
| Robert A. Bearse<br>852 E. Folgado Ct.<br>Kuna, ID 83634 | **Robert A. Bearse**<br>**53 Swanzey Factory Road**<br>**North Swanzey NH  03431-4539** |

I CERTIFY that on the 17th day of August, 2022, I caused my staff to serve the foregoing with a copy of (Docket No. 33) Notice of Chapter 11 Bankruptcy Case and (Docket No. 49) Notice of Telephonic Hearing (Chapter 11, Subchapter V Status Conference) and Order.

DATED:  August 19, 2022        FELDERSTEIN FITZGERALD WILLOUGHBY
                               PASCUZZI & RIOS LLP


                               By  */s/ Jason E. Rios*
                               Jason E. Rios
                               Attorney for Debtor

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 19, 2022, I filed the foregoing NOTICE OF CHANGE OF ADDRESSES AND CERTIFICATE OF SERVICE electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Laura E Burri** lburri@morrowfischer.com, klee@morrowfischer.com
- **Matthew Todd Christensen** mtc@johnsonmaylaw.com, mtcecf@gmail.com;mar@johnsonmaylaw.com;mla@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com
- **Matthew W Grimshaw** matt@grimshawlawgroup.com, ID22@ecfcbis.com
- **Chad Moody** crm@johnsonmaylaw.com, acs@johnsonmaylaw.com;cjc@johnsonmaylaw.com;mar@johnsonmaylaw.com;ecf@johnsonmaylaw.com
- **Jason Ronald Naess** Jason.r.naess@usdoj.gov
- **Randall A Peterman** rap@givenspursley.com, kad@givenspursley.com;wandawhite@givenspursley.com
- **Jason E Rios** jrios@ffwplaw.com, docket@ffwplaw.com
- **US Trustee** ustp.region18.bs.ecf@usdoj.gov
- **Brent Russel Wilson** bwilson@hawleytroxell.com, lhanks@hawleytroxell.com

  Any others as reflected on the Court's CM/ECF notice.

  I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, postage prepaid:

Michel M. Eidelman
Michael D. Leifman
221 N. LaSalle St.
Suite 2300
Chicago, IL 60601

_____
Susan R. Darms