# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | Case No. 22-00346-NGH |
| OFF-SPEC SOLUTIONS, LLC, | |
| Debtor. | Chapter 11, Subchapter V |

### ORDER VACATING DEADLINES AND CONFIRMATION HEARING

Confirmation hearing in the above captioned case was scheduled for February 6, 2023, with a January 27, 2023 objection and balloting deadline.  Doc. No. 125.  At a January 17, 2023 hearing, Debtor represented that an amended plan was necessary and requested that the confirmation hearing be rescheduled to March 6, 2023.  Doc. No. 162 (minute entry).  The Court agreed to the new confirmation hearing date and instructed Debtor to submit a new order and notice of hearing containing the confirmation hearing date and balloting and objection deadlines.

On January 24, 2023, Debtor requested the Court enter an amended order setting confirmation hearing and related deadlines, Doc. No. 168, specifically requesting a May confirmation hearing and an April 21, 2023 deadline for balloting and objections.  Debtor submitted a proposed order to the Court referencing its intention to file an amended plan, but to date, no amended plan has been filed.  The Court is unwilling to enter the proposed order setting the confirmation hearing and associated deadlines without the amended plan being filed of record.  Therefore, based on the foregoing and good cause appearing,

ORDER - 1

IT IS HEREBY ORDERED that:

1. The confirmation hearing scheduled in this case (originally February 6 but rescheduled to March 6, *see* Doc. Nos. 125 & 162) is VACATED;

2. The January 27, 2023 objection and balloting deadlines (*see* Doc. No. 125) are VACATED; and

3. Debtor shall submit a proposed notice of confirmation hearing and related deadlines for the Court's signature once the amended plan has been filed.

DATED:  January 26, 2023

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 2