# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington, 98104
(206) 220-6884
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS (*Issued on Request*)

(This Notice replaces EEOC Form 161b)

### Issued On: 11/28/2022

To: Kristina J Lafferty
3004 College Ave
Caldwell, ID 83605

Charge No: 38C-2021-00288

EEOC Representative:   Kristine Jensen Nube
State, Local, and Tribal Programs Manager

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue. The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS** of your receipt of this notice. Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Elizabeth Cannon
Seattle Field Office Director

Cc: Human Resources
Off-Spec Solutions, LLC
Dba Cool Mountain Transport
1428 Madison Ave
Nampa, ID 83687



Petitioiner's Exhibit 3

1