UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re<br><br>OFF-SPEC SOLUTIONS, LLC, an Idaho Limited Liability Company<br><br>Debtor | Case No: 22-00346-NGH<br><br>Chapter: 11 subchapter V |

### ORDER ESTABLISHING TIMELY PROOF OF CLAIM

UPON CONFIRMATION of the **Motion To Establish Proof Of Claim as Timely** filed by Kristina Jayne Lafferty (the "Motion"), any Opposition filed thereto, cause having been shown, it is, by the United States Bankruptcy Court for the District of Idaho:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that conformation Debtor's proof of claims Claim 34-1, 34-1 Part 2 filed by Kristina Jayne Lafferty, shall be allowed pursuant to 11 U.S.C. § 726, and it is further

**ORDERED**, that Kristina Jayne Lafferty shall be able to participate on a pro-rata basis in the distribution, if any, to creditors that had filed timely proofs of claim.

END OF ORDER