UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re<br><br>OFF-SPEC SOLUTIONS, LLC, an Idaho Limited Liability Company<br><br>Debtor | Case No: 22-00346-NGH<br><br>Chapter: 11 subchapter V |

**ORDER STAYING CONFIRMATION PENDING APPEAL**

UPON CONFIRMATION of the Motion to Stay Pending Appeal filed by Kristina Jayne Lafferty (the "Motion"), any Opposition filed thereto, cause having been shown, it is, by the United States Bankruptcy Court for the District of Idaho:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that conformation of the Debtor's proposed Amended Chapter 11 Plan is stayed pending the outcome of the pending Appeal to the Bankruptcy Appellate Board (or 9th Circuit Court of Appeals if transferred or, if applicable, to the EEOC/IHRC or the United States District Court for the District of Idaho.

END OF ORDER

Page 1 of 1