Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Jason E. Rios, CA State Bar No. 190086
*(Pro Hac Vice)*
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS, LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Phone: (916) 329-7400
Fax: (916) 329-7435
Email: jrios@ffwplaw.com

*Attorneys for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>OFF-SPEC SOLUTIONS, LLC dba COOL MOUNTAIN TRANSPORT,<br><br>Debtor. | Case No. 22-00346-NGH<br><br>Chapter 11<br>Subchapter V |
|---|---|

### OBJECTION TO CLAIM NO. 34 (Kristina Lafferty) AND NOTICE

TO:   Kristina J. Lafferty
c/o Ronald Brilliant, Attorney at Law
240 SE 23rd Avenue
Boynton Beach, FL 33435

### NOTICE

You are hereby given notice that the Debtor-in-Possession, Off-Spec Solutions, LLC dba Cool Mountain Transport, objects to your claim, as outlined below.  You are further given notice

OBJECTION TO CLAIM NO. 34 (Kristina Lafferty) AND NOTICE – Page 1

that if you wish to contest the objection to your claim, a written reply to this objection must be filed. The original shall be filed with the United States Bankruptcy Court, 550 West Fort St., Boise, Idaho 83724, and a copy served upon the Debtor's attorney, Matthew T. Christensen of the firm Johnson May, 199 N. Capitol Blvd, Ste 200, Boise ID 83703.

## **OBJECTION**

Lafferty filed a Proof of Claim (Claim No. 34 – the "Claim"), asserting a claim for $1,000,000.00 based on her termination from employment with the Debtor. The deadline for filing a non-governmental unit proof of claim in this case was October 14, 2022. Lafferty's Proof of Claim was filed on December 13, 2022 – nearly two months after the claims bar date established by the Court. The Debtor objects to Lafferty's claim on the following bases:

1. The Debtor objects to the Proof of Claim as untimely filed. Lafferty had notice of the claims bar date and did not file the Proof of Claim prior to that date.

2. The Debtor objects to the merits of Lafferty's claim. Lafferty's termination was based on her inability to perform required elements of her job – not any alleged sexual harassment by a supervisor.

Due to the nature of the Debtor's Chapter 11 Plan, the timeliness of Lafferty's Proof of Claim will determine whether the objection on the merits needs to be decided. Therefore, in the event Lafferty responds to this Objection, the Debtor requests the Court set an evidentiary hearing on the timeliness issue and determine that issue first. A determination of untimeliness will likely make a determination of the merits of the claim moot.

DATED this 22nd day of March, 2023.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

OBJECTION TO CLAIM NO. 34 (Kristina Lafferty) AND NOTICE – Page 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March, 2023, I filed the foregoing OBJECTION TO LAFFERTY'S PROOF OF CLAIM electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Laura E. Burri | lburri@morrowfischer.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Chad R. Moody | crm@johnsonmaylaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Randall R. Peterman | rap@givenspursley.com |
| Kenneth D. Peters | kpeters@dresslerpeters.com |
| Jason E. Rios | jrios@ffwplaw.com |
| Tara J. Schleicher | tara.schleicher@foster.com |
| Thomas D. Smith | tom@pocatello-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Ronald W. Brilliant | rb@brilliantlawoffice.com |

Any others as listed on the ECF Notice.

I FURTHER CERTIFY that on this 22nd day of March, 2023, I served a copy of the foregoing OBJECTION TO LAFFERTY'S PROOF OF CLAIM on the following via US Mail, postage prepaid:

Kristina J. Lafferty
c/o Ronald Brilliant, Attorney at Law
240 SE 23rd Avenue
Boynton Beach, FL 33435


                                            /s/ Matt Christensen
                                            Matthew T. Christensen