Matthew T. Christensen, ISB: 7213
JOHNSON MAY
199 N. Capitol Blvd., Suite 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Jason E. Rios, CA State Bar No. 190086
*(Pro Hac Vice)*
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS, LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Phone: (916) 329-7400
Fax: (916) 329-7435
Email: jrios@ffwplaw.com

*Attorneys for Debtor in Possession*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 22-00346-NGH |
|---|---|
| OFF-SPEC SOLUTIONS, LLC dba COOL MOUNTAIN TRANSPORT, | Chapter 11 Subchapter V |
| Debtor. | |

**STIPULATION TO VACATE AND RESET HEARINGS ON
MOTION TO ESTABLISH PROOF OF CLAIM AS TIMELY (Doc. 189) and
MOTION FOR RELIEF FROM AUTOMATIC STAY (Doc. 188)**

The Debtor, by and through its counsel of record, JOHNSON MAY, and Kristina Lafferty ("Lafferty"), by and through her counsel of record, BRILLIANT LAW OFFICES, and stipulate as follows:

1. Lafferty filed a Motion for Relief from Automatic Stay (Doc. 188 – "Stay Relief Motion"), seeking relief from the stay to pursue litigation against the Debtor (and others) in federal

STIPULATION TO VACATE AND RESET HEARINGS – Page 1

district court. This court previously set a preliminary hearing on the Stay Relief Motion on July 17, 2023, at 1:30 p.m.

2. Lafferty also filed a Motion to Establish Proof of Claim as Timely (Doc. 189 – the "Timeliness Motion"), which is currently set for evidentiary hearing on June 14, 2023 at 9:00 a.m.

3. The parties are also litigating an appeal of this court's dismissal of Lafferty's nondischargeability adversary case. *Ninth Circuit BAP Case No. 23-1020*. Oral argument is currently set for that appeal on June 22, 2023.

4. In order to efficiently and expeditiously address the various issues between the parties, and allow for the hearing and decision on appeal, the parties agree as follows:

    a. The hearing on the Timeliness Motion currently set for June 14, 2023, shall be continued. A hearing on that Motion shall be reset for September 26, 2023, at 9:00 a.m.

    b. The preliminary hearing on the Stay Relief Motion currently set for July 17, 2023, shall be continued. A preliminary hearing on that Motion shall be reset for September 26, 2023, at 9:00 a.m.

    c. Witness and exhibit disclosures, as well as pre-hearing briefs (if desired) shall be filed no later than September 19, 2023.

    d. The automatic stay shall remain in place through September 25, 2023, except upon further order of the Court.

DATED this 1st day of June, 2023.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor

DATED this 1st day of June, 2023.

          /s/ Ronald W. Brilliant
          RONALD W. BRILLIANT
          Attorney for Kristina J. Lafferty

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2023, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Laura E. Burri | lburri@morrowfischer.com |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Robert A. Faucher | rfaucher@hollandhart.com |
| Kimbell D. Gourley | kgourley@idalaw.com |
| Daniel C. Green | dan@racineolson.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| Chad R. Moody | crm@johnsonmaylaw.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Randall R. Peterman | rap@givenspursley.com |
| Kenneth D. Peters | kpeters@dresslerpeters.com |
| Jason E. Rios | jrios@ffwplaw.com |
| Tara J. Schleicher | tara.schleicher@foster.com |
| Thomas D. Smith | tom@pocatello-law.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Ronald W. Brilliant | rb@brilliantlawoffice.com |

Any others as listed on the ECF Notice.

          /s/ Matt Christensen
          Matthew T. Christensen

STIPULATION TO VACATE AND RESET HEARINGS – Page 3