Laura E. Burri
MORROW & FISCHER, PLLC
4 Ogden Avenue
Nampa, Idaho 83651
Telephone: (208) 475-2200
Facsimile: (208) 475-2201
Email: lburri@morrowfischer.com
Idaho State Bar #3573
Attorneys for PACCAR Financial

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00346 NGH |
| OFF SPEC SOLUTIONS, LLC, dba COOL MOUNTAIN TRANSPORT, | OBJECTION TO CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN |
| Debtor. | |

COMES NOW PACCAR Financial Corp. (hereafter referred to as "PACCAR") and hereby objects confirmation of the Debtor's Second Amended Chapter 11 Plan, docket no 278. This objection is based on the following grounds:

1. The Debtor filed the above referred Sub Chapter V of Chapter 11, Title 11, United States Code on August 5, 2022.

2. PACCAR is a secured creditor of the debtors as to four (4) 2020 Peterbilt 579 trucks. PACCAR filed a secured proof of claim in the case, Claim no. 5, on August 23, 2022 in the sum of $304,293.73.

3. At the time of the bankruptcy filing Debtor was one (1) payment past due to PACCAR.

OBJECTION TO CONFIRMATION - PAGE 1

4. PACCAR and the Debtor entered into a Stipulation re Adequate Protection Payments to PACCAR Financial Corp., docket no. 111, on November 1, 2022. Debtor fell behind on the payments per the Stipulation.

5. PACCAR filed a Motion for Relief from Automatic Stay, docket no. 219, on May 11, 2023. The Order Granting PACCAR Financial Corp.'s Motion for Relief from the Automatic Stay in Part, docket no. 275, was entered on July 10, 2023. At the time the Stay Relief Order was entered, the account was contractually past due for nine (9) months of payments at $10,659.21 each, totaling $95,932.89.

6. PACCAR has obtained possession of the four (4) trucks. A large repair bill was required to be paid for one of the trucks in order for PACCAR to obtain possession. The trucks have been inspected by an independent third party. The inspection shows the trucks were returned in generally poor condition. PACCAR is no longer a fully secured creditor as was anticipated at the commencement of this case. It is expected that PACCAR will not recover the full amount due from sale of the trucks but expects to have an unsecured claim of approximately $140,000.00. The exact amount of the unsecured claim of PACCAR will not be determined until the trucks are sold.

7. The Second Amended Chapter 11 Plan of Reorganization provides for PACCAR as a Class 4 creditor with the value of the surrendered trucks exceeding the amount owed to PACCAR. The Second Amended Plan further provides that: "PACCAR shall have no allowed claims against the Debtor or the Estate."

8. PACCAR objects to the Second Amended Chapter 11 Plan of Reorganization on the basis that its collateral was returned in poor condition, thereby resulting in a reduction in the

OBJECTION TO CONFIRMATION - PAGE 2

value of the trucks. PACCAR expects that the trucks will sell for less than the balance due with approximately $140,000.00 anticipated as an unsecured deficiency balance. Therefore, under 11 USC §506(a)(1) PACCAR has a partially secured claim and a partially unsecured claim in this bankruptcy case.

9. PACCAR requests that the Second Amended Chapter 11 Plan of Reorganization be modified to provide that PACCAR shall have a secured claim to the extent of the value of its collateral and an unsecured claim for the deficiency balance due after sale of the four trucks. PACCAR has an unsecured claim that should share in distribution with the other Class 14 unsecured creditors.

Wherefore, PACCAR requests that confirmation of the Debtor's Second Amended Chapter 11 Plan of Reorganization be denied.

DATED this 11th day of August 2023.

_____
Laura E. Burri
Attorney for PACCAR Financial Corp.

OBJECTION TO CONFIRMATION - PAGE 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2023, I served a copy of the foregoing document on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing "(by ECF)". Additionally, for those parties who are not CM/ECF Registered Participants, a copy of the foregoing document was served by first class mail, postage prepaid ("by mail"):

| | |
|---|---|
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Jason E Rios | jrios@ffwplaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Matt Grimshaw | matt@grimshawlawgroup.com |
| Jason R. Naess | jason.r.naess@usdoj.gov |
| Randall A. Peterman | rap@givenspursley.com |
| Michael Eidelman | Meidelman@vedderprice.com |
| Michael D. Leifman | mleifman@vedderprice.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |
| Tara J. Schleicher | tara.schleicher@foster.com |
| Daniel C. Green | dan@racineolson.com |
| Kenneth D. Peters | kpeters@dresslerpeters.com |

By _/s/ Laura E. Burri_
Laura E. Burri
Attorneys for PACCAR Financial Corp.