UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re<br><br>OFF-SPEC SOLUTIONS, LLC, an Idaho Limited Liability Company<br><br>Debtor | Case No: 22-00346-NGH<br><br>Chapter: 11 subchapter V |

### ORDER RESETTING HEARING

UPON CONFIRMATION of the MOTION TO CONSOLIDATE HEARINGS filed by Kristina Jayne Lafferty (the "Motion"), any Opposition filed thereto, cause having been shown, it is, by the United States Bankruptcy Court for the District of Idaho:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the hearing set on September 26, 2023, for the motions filed March 31, 2023, by Lafferty for Relief from Stay (Doc No. 188) and her Motion to Allow Claims 34 (Doc. 190) in Bankruptcy Case 22-06020-NGH shall be continued to October 5, 2023 at 9:00a.m.

END OF ORDER

Page 1 of 1